# United States District Court

FILED BY _____ D.C.

00 JAN 21 PM 5:48

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

OSWALDO DELAROSA and
HENRY HERNANDEZ

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 00-M-4011-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___January 21, 2000___ in ___Dade and Broward___ counties in the ___Southern___ District of ___Florida___ defendant(s) did, (Track Statutory Language of Offense)

possess with intent to distribute cocaine.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

_____
Signature of Complainant
MARTHA SUSAN JUDAH, SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

Sworn to before me, and subscribed in my presence,

__Jan. 21, 2000__ at __Ft. Lauderdale, FL__
Date                                City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE                _____
Name and Title of Judicial Officer    Signature of Judicial Officer

## AFFIDAVIT

Before me, the undersigned, personal appear Martha S. Judah, who being duly sworn, deposes and says,

1. I am a special agent with the United States Customs Service and have been so employed for 13 years.

2. The following information comes from my personal knowledge or was relayed to me by other agents of the United States Customs Services.

3. On January 19, 2000, a United States Customs agent, located at Port Everglades, Florida, inspected a 20' King Ocean shipping container which had arrived into the United States from Colombia, South America. Examination revealed that a quantity of cocaine appeared to be concealed within a shipment of aluminum bars (ingots).

4. On January 20, 2000, agents of United States Customs Service, DEA and Broward Sheriff's Office conducted surveillance on the container and observed that it was picked up by a trucking company and transported via tractor trailer to a warehouse located at 5056 N.W. 74th Avenue, Miami, Florida. At approximately 6:50 p.m., surveillance agents observed that the container was dropped at the rear of the warehouse. Shortly thereafter, four individuals, two of whom were later identified as OSWALDO DELAROSA and HENRY HERNANDEZ, participated in opening the container doors and unloading the contents of the shipping container. The ingot bars were stacked on 18 pallets, approximately 21 bars per pallet, and the subjects used a forklift truck to remove the pallets. Some bars were segregated or separated out from the others.

5. The unloading process continued for over four hours. After the bars were loaded into the warehouse, one subject left the area and the other three apparently remained on the premises overnight.

6. The next morning, [January 21, 2000,] agents observed one subject sweeping water and debris out of [this] the warehouse bay. As the day progressed and as the volume of traffic increased in and around the warehouse area, agents feared losing control of the suspects and the cocaine. At approximately 11:45 AM, agents moved in and detained defendants OSWALDO DELAROSA and HENRY HERNANDEZ in front of the warehouse bay. Agents then entered the warehouse and found broken ingots in the main warehouse area and approximately 35 kilogram size packages of cocaine in a cardboard box in a room off the main warehouse bay. DELAROSA and HERNANDEZ were placed under arrest. [The individual sweeping the water that could not be located.]

7. After being advised of his Miranda rights, DELAROSA admitted that he and the other parties observed at the warehouse the night before were involved in off-loading the cocaine for an individual located in Colombia. DELAROSA stated that he and HERNANDEZ broke open the ingots and removed the cocaine. DELAROSA was to receive $1,000 for his participation, and HERNANDEZ was to receive $200.

8. During the transportation of HERNANDEZ to FDC-Miami, HERNANDEZ jumped out of the U.S. Customs agent's vehicle and fled. He remains at large.

Further affiant sayeth naught.

_____
Martha S. Judah, Special Agent
U. S. Customs

Sworn and subscribed to before
me this ____ day of January, 2000

_____
Barry S. Seltzer
United States Magistrate Judge