AO 442 (Rev. 12/85) Warrant for Arrest                    AUSA Roger Stefin/Special Agent JUDAH

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

HENRY HERNANDEZ

**WARRANT FOR ARREST**

00-M-4011-BSS

FILED by ___ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officers

YOU ARE HEREBY COMMANDED to arrest _____HENRY HERNANDEZ_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

possession with intent to distribute cocaine

in violation of Title __21__ United States Code, Section __841(a)(1)__

BARRY SELTZER                           U.S. MAGISTRATE JUDGE
Name of Issuing Officer                 Title of Issuing Officer

_[signature]_                           Fort Lauderdale, Florida — Jan. 21, 2000
Signature of Issuing Officer            Date and Location

Bail fixed at $ Pretrial Detention  by Barry S. Seltzer, United States Magistrate Judge
                                        Name of Judicial Officer