UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                  Case No. 00-6024-CR-FERGUSON

HENRY HERNANDEZ, # 2

Defendant.

_____

JUL 26 2000

**ORDER OF TRANSFER TO THE CLERK**

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Henry Hernandez,#2 is apprehended.

DONE AND ORDERED at Miami, Florida, this 25th day of July 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL