UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ



| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) DOB: 11/21/76 |
| | ) DIN NO.: 03-A-0836 |
| HENRY HERNANDEZ, | ) |
| Defendant. | ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. On January 21, 2000, defendant, HENRY HERNANDEZ, escaped from custody after being arrested on a complaint for possession with intent to distribute cocaine.

2. On January 21, 2000, an arrest warrant was issued for defendant, HENRY HERNANDEZ.

3. On January 27, 2000, HENRY HERNANDEZ was indicted for possession with intent to distribute cocaine.

4. The defendant is now confined in the SING SING CORRECTIONAL FACILITY, Ossing, New York on unrelated charges.

5. It is necessary to have said defendant before United States Magistrate Judge Barry L. Garber, United States District Court, 99 N.E. 4th Street, Miami, Florida on March 3, 2004 at 1:30 P.M. for an Initial Appearance as aforesaid.

**WHEREFORE**, this petition prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution



and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for an Initial Appearance; and upon completion of said proceeding to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

        MARCO DANIEL JIMENEZ
        UNITED STATES ATTORNEY

BY: _____
        ROGER H. STEFIN
        ASSISTANT UNITED STATES ATTORNEY
        FL No. 0287334

cc: U.S. ATTORNEY (Roger H. Stefin)