UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HENRY HERNANDEZ, )<br>)<br>Defendant. )<br>_____ / | DOB: 11/21/76<br>DIN NO.: 03-A-0836 |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL, and
    BROWARD COUNTY JAIL
    FORT LAUDERDALE, FLORIDA

It appearing from the petition of the United States of America that the defendant in the above case, HENRY HERNANDEZ, is in the custody of the SING SING CORRECTIONAL FACILITY, Ossing, New York, and that this case is set for an Initial Appearance as to said defendant at Miami, Florida on **WEDNESDAY, MARCH 3, 2004 AT 1:30 P.M.** and that it is necessary for said defendant to be before this Court for said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said HENRY HERNANDEZ now detained in custody as aforesaid, under safe and secure conduct, brought before United States Magistrate Judge Barry L. Garber, United States District Court, 99 N.E. 4th Street, Miami, Florida, Room 7, on MARCH 3, 2004, at 1:30 P.M., for an Initial Appearance on the criminal charges pending against subject in this cause, and upon

completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the SING SING CORRECTIONAL FACILITY Ossing, New York.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 18th day of February, 2004.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE


cc: Roger Stefin, AUSA (FTL)
    U.S. Marshals (3 certified copies)