UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-cr-Seitz

UNITED STATES OF AMERICA

**ARRAIGNMENT INFORMATION SHEET**

vs.

*Heney Hernandez*
       Defendant.

Jail No : (WRIT)

Language: Spanish

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:         Address: _____

                   Tel. No: _____

**Defense Counsel:**   Name   : FEDERAL PUBLIC DEFENDER

                   Address: 150 WEST FLAGLER STREET

                            MIAMI, FLORIDA 33130

                   Tel. No: 530-7000

Bond Set/Continued:   $ *Standing 3/8/04*

DATED this 3rd day of MARCH, 2004.

CLARENCE MADDOX, CLERK

BY    Karen Sussmann
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney *Boscovitch*
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 04C - 10
DIGITAL START NO. 1497

