UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6024-CR-SEITZ/BANDSTRA

FILED by _____ D.C.
MAG. SEC.

MAR 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

v.                                         **ORDER ON BOND MOTION**

HENRY HERNANDEZ                            (Stipulated)

        This Cause came before the Court upon motion of the (defendant)(government)
to (reduce)(increase)(modify) the bond.  Upon consideration, it is
        **ORDERED AND ADJUDGED** as follows:
_____ The motion is **denied**; bond remains at _____
_____The motion is **granted**; bond is set at: _____
Personal Surety, unsecured, in the amount of $_____
____ Personal Surety in the amount of $_____
      with 10% posted with Clerk of Court.
_____ Personal Surety in the amount of  $_____
secured by the following collateral: _____
_____/_Full Cash in the amount of $_____
____✓____ Corporate Surety in the amount of $ 100,000 media
_____ Full Cash or Corporate Surety in the amount of $_____
_____In addition to the **standard** conditions of bond, the following
special conditions are hereby imposed:
✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: AS DIRECTED; ✓ WEEKLY IN PERSON;__ WEEKLY BY PHONE.
_ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
_ MAINTAIN CURRENT RESIDENCE.
_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED
SUBSTANCES  PROHIBITED BY LAW.
_ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED
_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.      _ COMPLY
WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND : _____

_____

If bond is changed from that set in another District, the reason pursuant to Rule
40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 8th day MARCH 2004.
TAPE NO. 04H  2-1419

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

c:  AUSA, Defense, cc fC
     Pretrial Services, Marshal