UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.

04 MAR 10 PM 3:50

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HERNANDEZ,

    Defendant.
_____/

### NOTICE OF ASSIGNMENT

The above-captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the

1

address listed below.

           KATHLEEN WILLIAMS
           FEDERAL PUBLIC DEFENDER

By: *Helaine B. Batoff*
    Helaine B. Batoff
    Assistant Federal Public Defender
    Florida Bar No. 0418617
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    Tel: (305) 530-7000
    Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the 10th day of March, 2004, 2003 to Roger H. Stefin, Esq., Assistant United States Attorney, 99 N.E. 4th Street, Miami, FL 33132-2111.

By: *Helaine B. Batoff*
    Helaine B. Batoff

J. Hernandez Henry Reg6 1524 004 Pleadings Notice of Assignment Motion.wpd

2

## FAXBACK SERVICE LIST

Helaine B. Batoff, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Henry Hernandez


Roger H. Stefin, Esq.
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976
Counsel for Government