

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HERNANDEZ,

    Defendant.
_____/

**NOTICE OF REQUEST FOR DISCLOSURES
OF PRIOR CONVICTIONS, 404(b) EVIDENCE,
AND EXPERT WITNESS SUMMARIES**

    The **defendant**, through undersigned counsel, files this notice of request to supplement certain discovery disclosures pursuant to Fed. R. Evid. 404(b), Fed. R. Crim. P. 16(a)(1)(B) and (a)(1)(E), and paragraphs A(4), H, and N, of the Standing Discovery Order:

    1.    The defendant requests that a full, complete and legible record of the defendant's prior convictions be produced by the government, clearly identifying all other charges made against the defendant, the disposition of the charges, and venue of each such prosecution, including: date of

1

arrest; date of conviction, acquittal, dismissal, or deferral; whether each conviction is of a felony or misdemeanor or petty offense; the sentence imposed, and the dates of confinement and probation. Undersigned counsel requests these disclosures so that the defendant may receive the effective assistance of counsel concerning the election of a trial, plea or other disposition of the pending cause. Such assistance of counsel requires accurate data with which to compute various aspects of the U.S. Sentencing Guidelines, including base offense level, criminal history, enhancements and departures.

2. The defendant requests disclosure of all evidence of other crimes, wrongs or acts that the government intends to introduce at trial, in its case-in-chief or in rebuttal, as required by the 1991 amendment to Fed. R. Evid. 404(b) (requiring disclosure and notice upon request by the accused). The government must specify the general nature of any such evidence and should articulate with precision the evidentiary purpose of the evidence offered. *See United States v. Birch*, 39 F.3d 1089, 1093 (10th Cir. 1994). Accordingly, the defendant requests that the government identify the date, time and location of the alleged incident, the witnesses who will testify about the incident, the nature of the

incident, and the purported relevance to this case. *See United States v. Spinner*, 152 F.3d 950, 961 (D.C. Cir. 1998) (merely providing physical or other evidence to the defense in the course of discovery does not satisfy the explanatory obligation imposed on the government under Fed. R. Evid. 404(b)); *United States v. Matthews*, 226 F.3d 1075, 1082-83 (9th Cir. 2000) (government obligated to notify defendant of evidence offered primarily to show involvement in other offenses even if related to charged offense); *United States v. Perez-Tosta*, 36 F.3d 1552, 1561 (11th Cir. 1994) (purpose of Fed. R. Evid. 404(b) notice requirement is to protect defense from "trial by ambush"). Additionally, the defendant requests disclosure of all *Brady/Agurs/Giglio* and *Napue* material pertaining to each such incident, as otherwise defined by paragraphs C and D of the Standing Discovery Order.

3. The defendant requests disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v.*

3

*Ortega*, 150 F.3d 937, 943 (8th Cir. 1998) (agent's testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

Respectfully submitted,

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: */s/ Helaine B. Batoff*
Helaine B. Batoff
Assistant Federal Public Defender
Florida Bar No. 0418617
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the 10th day of March, 2004, 2003 to Roger H. Stefin, Esq., Assistant United States Attorney, 99 N.E. 4th Street, Miami, FL 33132-2111.

By: *Helaine B Batoff*
Helaine B. Batoff

J:\Hernandez, Henry\Reg63524-004\Pleadings\Notice of Request for 404(b).wpd

5

## FAXBACK SERVICE LIST

Helaine B. Batoff, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Henry Hernandez


Roger H. Stefin, Esq.
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976
Counsel for Government