UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ
_____/



## ORDER SETTING TRIAL DATE

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable Patricia A. Seitz, United States District Judge, at 301 North Miami Avenue, Courtroom Five, Miami, Florida, during the two week period commencing, **May 3, 2004**, or as soon thereafter as the case may be called.

PLEASE TAKE FURTHER NOTICE that a **Calendar Call** will be held at **1:15 p.m.** on **April 29, 2004** at the same location. **ALL COUNSEL MUST BE PRESENT.**

1. All requests for Writs Ad Testificandum **must** be filed not later than 14 business days prior to the first day of the scheduled trial period to insure adequate time for processing.

2. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the Magistrate Judge. Noncompliance can result in sanctions. Any Fed. R. Evid. 404(b) notice **shall** include a specific factual basis for the evidence sought to be introduced.

3. All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9.

4.   **Upon receipt of this order, counsel are directed to certify with the Court's courtroom deputy the necessity of an interpreter for the defendant.**

5.   COUNSEL ARE FURTHER INSTRUCTED TO NOTIFY THE COURT, AT LEAST 24 HOURS PRIOR TO ANY HEARINGS OR TRIAL, IF AN INTERPRETER IS REQUIRED, INCLUDING THE STAGE OF THE TRIAL WHEN AN INTERPRETER WILL BE NECESSARY.

6.   Counsel shall be prepared to conduct limited voir dire following the Court's general questioning of the panel. In addition, counsel shall submit to the Court at the **Calendar Call** proposed voir dire questions and proposed jury instructions, in typed form and on disk (WordPerfect 8), including substantive charges and defenses.

7.   **All counsel shall submit to the Court at Calendar Call,** a typed list of proposed witnesses and/or exhibits to be presented at trial. All exhibits to be offered into evidence must be pre-labeled in accordance with the proposed exhibit list. GOVERNMENT EXHIBITS SHALL BE DESIGNATED, NUMERICALLY; DEFENSE EXHIBITS, ALPHABETICALLY.

8.   If either party seeks to introduce transcript(s) at trial, the moving party shall present a copy to all counsel not less than ten (10) days prior to the scheduled trial date. If a transcript cannot be agreed upon, each party shall produce its own version of the transcript for presentation to the trier of fact. Government counsel shall notify the case agent/client agency of this requirement.

9.   All anticipated <u>Jencks</u> material shall be turned over to defense counsel not later than the morning of the first day of trial. Said material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

10. Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made with the Bureau of Prisons at least three (3) days prior to the scheduled trial date.

11. If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Court's courtroom deputy should be advised not later than five (5) days prior to the hearing.

12. **Counsel are directed to comply with Local Rule 88.5 requiring the filing of speedy trial reports every 20 days hereafter until time of trial or plea.**

DONE AND ORDERED this _8th_ day of March, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Roger Stefin, AUSA
Federal Public Defender
Pretrial Services