UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ

_____/

FILED by _____ D.C.

MAR 1 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Status Conference on **March 31, 2004, at 9:00 a.m.**, to address speedy trial issues.

DONE AND ORDERED in Miami, Florida, this 16th day of March, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Marc Osborne, AUSA
Helaine Batoff, AFPD