FILED BY \_\_\_\_JL\_\_\_\_ D.C

2004 MAR 17 PM 4:12

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-Seitz

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ

 Defendant.
_____/

## NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Marc Osborne.

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

     By: *Marc Osborne*  3/16/04
        MARC OSBORNE
        Assistant United States Attorney
        Court ID# A5500796
        99 N.E. 4th Street
        Miami, Florida 33132
        Tel: (305) 961-9198
        Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Notice of Reassignment was to be served by first-class mail today, March 17, 2004 on

Helaine B. Batoff
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130.

_____
MARC OSBORNE
Assistant United States Attorney