CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

MAR 31 200[?]

CLARENCE MADDOX
CLERK, U.S. DIST.
S.D. OF FLA.

Case No. 00-6024-Cr    Date 3/31/04
Clerk J. [illegible]    Reporter D. Ehrlich
USPO    Interpreter [illegible]
USPTS

AUSA [illegible]
Def. Atty. [illegible]

USA v. [illegible]

Defendant(s): Present X   Not Present ___   In Custody Yes

Reason for Hearing: Status re speedy trial

Results of Hearing: A hearing will [illegible] the speedy trial. [illegible] speedy trial is up [illegible] the [illegible]. [illegible] will [illegible] of [illegible] counsel [illegible] trial date to follow. A [illegible] sufficient time to prepare.

Misc.