UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ

_____/



### ORDER REGARDING SPEEDY TRIAL ISSUE

This matter came before the Court on March 31, 2004, for status conference regarding the speedy trial issue. After consultation with counsel and inquiry from the Court, the Defendant waived his right to a speedy trial. Therefore, it is

ORDERED that Defendant right to a speedy trial is hereby WAIVED. It is further

ORDERED that the Court will entertain a motion to continue the presently set trial date to permit the parties sufficient time to prepare for trial.

DONE AND ORDERED in Miami, Florida, this 31st day of March, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Marc Osborne, AUSA
Helaine Batoff, AFPD