UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6024-Seitz

UNITED STATES OF AMERICA )
)
v. )
)
HENRY HERNANDEZ )

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A. 4. The NCIC record of the defendant is attached at pp. 199-210.

5. Discovery pp. 20, 30-141, 147, 150, and 164-69 were found in the warehouse where the defendant was arrested. Pages 142-44, 148-49, and 151-63 were found on the defendant's person. The photographs at pages 170-98 were taken after the defendants' arrest. Pages 229-238 are records of the cell phone found on co-defendant Delarosa at the time of his arrest.

H. The government may seek to introduce evidence of the defendant's escape from custody on January 21, 2000 (see p. 26) as evidence of consciousness of guilt.

O. The government requests that the defense stipulate that 35.01 kilograms of 46% pure cocaine was seized from the warehouse located at 5056 NW 74th Ave., Miami, Florida on January 21, 2000.

Regarding the Customs report at pages 10-17, the subject described as wearing a baseball cap and work gloves (p. 11, 1853 hrs) was subsequently identified as Andres Hernandez, the defendant's father. The individual in the light-colored T-shirt, later identified as a yellow T-shirt (p. 12, 1853



hrs and p. 15, 0815 hrs) is the defendant. The individual in the grey T-shirt (page 12, 1858 hrs) is Ismael Hernandez, the defendant's brother. The defendant was among the subjects described at p. 13, 2047 and 2136 hrs.

The attachments to this response are numbered pages 199-238. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                        Respectfully submitted,

                                        MARCOS DANIEL JIMENEZ
                                        UNITED STATES ATTORNEY

By: _Marc Osborne_ 4/8/04
     Marc Osborne
     Assistant United States Attorney
     Florida Bar No. A5500796
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9198
     Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that today, April 8, 2004, I caused a true and correct copy of the foregoing Supplemental Response to Standing Discovery Order to be delivered to Helaine Batoff, Assistant Federal Public Defender, by United States mail with all attachments to 150 West Flagler Street, Suite 1700, Miami, Florida 33130-1555 and by fax, without attachments, to 305-536-4559.

/s/ Marc Osborne
Marc Osborne
Assistant United States Attorney