UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-Seitz

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ

Defendant.
_____/

### GOVERNMENT'S NOTICE OF UNAVAILABILITY

COMES NOW the United States of America, and gives notice that Assistant United States Attorney Marc Osborne, who is assigned to the above-captioned case, will be out of the office from Monday, April 19, 2004 to Thursday, April 29, 2004, inclusive, for training. Substitute counsel will represent the government at the calendar call on April 29, 2004.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: /s/ Marc Osborne  4/18/04
MARC OSBORNE
Assistant United States Attorney
Court ID# A5500796
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9198
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Notice of Unavailability to be served by first-class mail on April 19, 2004, to

Helaine B. Batoff
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130.

_____ 4/18/04
MARC OSBORNE
Assistant United States Attorney