UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ

FILED by ___ D.C.

APR 2 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

HENRY HERNANDEZ
_____/

### ORDER CONTINUING TRIAL

This cause came before the Court on Joint Motion to Continue Trial. After due consideration, it is

ORDERED that the trial in this case is hereby continued to the two-week calendar beginning **June 1, 2004**. Counsel shall report to a calendar call to be held on **May 26, 2004, at 1:15 p.m.**; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C. §3161(h)(8)(A). This Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial.

DONE AND ORDERED in Miami, Florida, this 21st day of April, 2004.

_____ for
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Marc Osborne, AUSA
Helaine Batoff, AFPD

