CHANGE OF PLEA MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
MAY 6 2004
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. _____ Date _____
Clerk _____ Reporter _____
Interpreter _____

AUSA _____
Def. Atty. _____

USA v. _____
Defendant(s): Present ✓   Not Present ___   In Custody ✓

Defendant stated in open court that (s)he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) ___ of the Indictment/Information.

After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged. Whereupon:

( ) The Court proceeded to sentencing. (See J&C)
(✓) The Court postponed sentencing until _____
( ) The Defendant is permitted to remain on bond pending sentencing.
(✓) The Defendant is remanded pending sentencing.
(✓) The Court ordered preparation of the PSI and referred Defendant to Probation.

Miscellaneous _____

