UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6024-CR-Seitz



UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ,

      Defendant.
_____/

## STATEMENT OF FACTS

The United States of America and Henry Hernandez (hereinafter referred to as the "defendant") agree that, if this case went to trial, the government would establish the following facts beyond a reasonable doubt:

1. On January 14, 2000, an individual identifying himself as Elmy Gutierrez, acting on behalf of Metal Distribution Inc., met with a broker and gave him power of attorney to file paperwork necessary to import aluminum ingots into the United States. The defendant accompanied "Gutierrez" to the meeting and signed the power of attorney as a witness.

2. On January 19, 2000, United States Customs Service inspectors at Port Everglades, Florida inspected a container of aluminum ingots imported from Colombia. Inspectors discovered one ingot to be hollow and, on further examination, discovered a white powdery substance inside the ingot. The ingot was returned to the cargo for a controlled delivery.

3. At approximately 6:20 p.m. on January 20, 2000, a private shipping company, under surveillance by Special Agents with the Drug Enforcement Administration, delivered the container of ingots to the cargo's listed destination, a warehouse in Miami, Florida.



4. From approximately 6:53 p.m. through approximately 11 p.m., the defendant; his co-defendant, Oswaldo Delarosa; the defendant's father, Andres Hernandez; and the defendant's brother, Ismael Hernandez, under DEA surveillance, unloaded a total of 18 pallets of aluminum ingots from the container and placed the ingots inside the warehouse.

5. The thirteenth pallet unloaded contained the ingot in which Customs inspectors had found the white powdery substance. From approximately 9:36 p.m. to approximately 10 p.m., the four men removed eight ingots from this pallet, then moved the pallet inside the warehouse. The eight ingots that had been removed from the pallet were moved into the warehouse separately. No ingots were removed from the other 17 pallets outside the warehouse.

6. At approximately 11:45 a.m. on January 21, 2000, DEA agents entered the warehouse and arrested the defendant and Delarosa inside. In the bay area of the warehouse, agents found five ingots with hollow bottoms that had been cut open. In an office in the building, agents found 35 packages of cocaine.

7. After being informed of his *Miranda* rights and agreeing to speak to agents without an attorney present, the defendant stated that he was a day laborer, hired the day before to help unload the container.

8. At approximately 3:30 p.m., while being transported to the Federal Detention Center in Miami, the defendant jumped out of the transport vehicle and fled from the vicinity. The defendant remained a fugitive until arrested on April 30, 2002 in New York State for an unrelated offense.

9.  Subsequent DEA laboratory testing of the 35 packages found in the warehouse revealed that they contained 35.01 kg (net, exclusive of packaging materials) of cocaine hydrochloride, at 46% purity.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Date: 5/5/04          By: _____
                          Marc Osborne
                          ASSISTANT UNITED STATES ATTORNEY

Date: 5/5/04          By: _____
                          Helaine Batoff
                          ATTORNEY FOR DEFENDANT

Date: 5-5-04          By: _____
                          Henry Hernandez
                          DEFENDANT

3