UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6024-Seitz

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| HENRY HERNANDEZ | ) |

### GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this second supplemental response to the Standing Discovery Order. The attachments to this response are numbered pages 239-244. Please contact the undersigned Assistant United States Attorney if any pages are missing.

In addition to the statements reported on p. 243, Mr. Llanos told Special Agent Matthew Leary that the defendant orally identified himself as the vice president of Metal Distribution, Inc.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: /s/ Marc Osborne  5/10/04
Marc Osborne
Assistant United States Attorney
Florida Bar No. A5500796
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9198
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Second Supplemental Response to Standing Discovery Order to be delivered to Helaine Batoff, Assistant Federal Public Defender, by United States mail on May 11, 2004, with all attachments, at 150 West Flagler Street, Suite 1700, Miami, Florida 33130-1555.

*Marc Osborne 5/10/04*
Marc Osborne
Assistant United States Attorney