UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C

2004 JUL -8 PM 3:46

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

United States of America,
      Plaintiff,

V.
                              Case No.: 113C 1:00CR06024

Henry Hernandez,
      Defendant.
_____/

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Defendant, Henry Hernandez, (hereafter Defendant), Pro-se, and respectfully moves this Honorable Court to appoint new counsel.

In support of the Defendants request, the following issues are submitted:

1. The Defendant is facing long term incarceration.

2. Defendant's current counsel has **only** ever mentioned a term of incarceration not exceeding 120 months. Upon receipt of Defendant's Pre-Sentencing Report, Defendant is now facing more than double time discussed.

3. The communication predicament between Defendant has been an obstacle from the commencement of this case, and therefore has eroded defendant's confidence in his counsel.

4. The Defendant's confidence in his counsel are **irreconcilable.**

5. Wherefore, the aforementioned reasons, the Defendant prays this Honorable Court appoint new counsel in order to proceed with his proceedings.

Respectfully submitted,

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed this **6th.** day of **July, 2004** to the following:

Marc Osborne, Esq.
Assistant United States Attorney
99 N.E. 4th. Street, 6th. Floor
Miami, Florida 33132-2111

Helaine Batoff, Esq.
Assistant Federal Public Defender
150 West Flagler Street, 17th. Floor
Miami, Florida 33130-1556

Respectfully submitted,

Henry Hernandez
Register # 63524-004
F.D.C. Miami
P.O. BOX 019120
Miami, Florida 33101-9120