UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6024-Seitz

UNITED STATES OF AMERICA

vs.

HENRY HERNANDEZ,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that Assistant United States Attorney Marc Osborne, who is assigned to the above-captioned case, will be unavailable from August 17, 2004 to August 20, 2004, returning to the office August 23, 2004, for training out of the district.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: *Marc Osborne  7/6/04*
    MARC OSBORNE
    Assistant United States Attorney
    Court ID# A5500796
    99 N.E. 4th Street
    Miami, Florida 33132
    Tel: (305) 961-9198
    Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Notice of Unavailability to be mailed first class on July 9, 2004 to:

Helaine B. Batoff
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130

_____
MARC OSBORNE
Assistant United States Attorney