UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA

v.

HENRY HERNANDEZ
_____/

FILED by ___ D.C.
JUL 1 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Ted E. Bandstra to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant's *pro se* motion for appointment of counsel.

This matter is set for sentencing on July 30, 2004.

DONE AND ORDERED in Miami, Florida, this 14th day of July, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Marc Osborne, AUSA
Helaine Batoff, AFPD
Henry Hernandez, Reg. No. 63524-004, FDC Miami, P. O. Box 019120, Miami, FL 33101-9120
The Honorable Ted E. Bandstra