UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-Seitz



UNITED STATES OF AMERICA

v.

HENRY HERNANDEZ

    Defendant.

_____/

## ORDER GRANTING EXTENSION OF TIME

This matter came before the court on the government's Unopposed Motion for Extension of Time to Comment on Presentence Report. After due consideration, the Court finding good cause for the requested extension of time and further finding that the defendant will not be prejudiced by this extension of time, it is

ORDERED that the government be granted a one-day extension of time, to and including Monday, July 12, 2004, to respond to the presentence report in this matter.

DONE AND ORDERED in Miami, Florida this 14th day of July, 2004.

Patricia A. Seitz
United States District Judge

cc:    Marc Osborne, AUSA
       Helaine Batoff, AFPD