UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HERNANDEZ,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND TO EXTEND TIME FOR FILING PSI OBJECTIONS

Mr. Henry Hernandez, through undersigned counsel, respectfully moves for a thirty-day continuance of his sentencing hearing, currently scheduled for July 30, 2004 at 8:30 a.m. Mr. Hernandez further requests additional time to file objections to his Presentence Investigation Report, up to and including August 9, 2004. In support of his motion, Mr. Hernandez states as follows:

1. On May 5, 2004, Mr. Hernandez pled guilty to Count 2 of a two-count indictment. Count 2 charges Mr. Hernandez with possession with the intent to distribute cocaine, in violation of 21 U.S.C. §§ 841 and 846.

1

2. Undersigned counsel attended Mr. Hernandez's presentence investigation interview on May 17, 2004.

3. Undersigned counsel received the Presentence Investigation Report ("PSI") on June 29, 2004.

4. In the interim, on June 24, 2004, the United States Supreme Court decided *Blakely v. Washington*, No. 02-1632, 2004 WL 1402697 (U.S. June 24, 2004). It is unclear how, if at all, this case impacts Mr. Hernandez's situation.

5. On July 8, 2004, Mr. Hernandez filed a Motion for Appointment of Counsel, stating that he was dissatisfied with undersigned counsel's representation.

6. This Court referred Mr. Hernandez's motion to Magistrate Judge Bandstra, who has scheduled a hearing for July 20, 2004.

7. In light of the above, undersigned counsel has not been able to prepare adequately for Mr. Hernandez's sentencing and therefore requests additional time to do so, should undersigned continue to represent Mr. Hernandez.

8. Undersigned counsel has conferred with Assistant United States Attorney, Marc Osborne, who advised that he has no objection to the thirty-day continuance requested herein. AUSA Osborne advised, however, that he will be unavailable from August 17 through 20, 2004. Therefore, undersigned counsel respectfully requests that the Court continue Mr. Hernandez's sentencing hearing until a date after August

30, 2004. In addition, AUSA Osborne indicated that he has no objection to the Court's granting the requested extension of time for Mr. Hernandez to file PSI objections.

WHEREFORE, Mr. Henry Hernandez respectfully requests that this Court grant a thirty-day continuance of his sentencing hearing and extend the time within which to file PSI objection until August 9, 2004.

Respectfully submitted,

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Helaine B. Batoff
Helaine B. Batoff
Assistant Federal Public Defender
Florida Bar No. 0418617
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the 19th day of July, 2004 to Marc Osborne, Assistant United States Attorney, 99 N.E. 4th Street, Miami, FL 33132-2111.

By: _____
Helaine B. Batoff