UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6024-CR-SEITZ/BANSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

HENRY HERNANDEZ,

    Defendant.
_____/

FILED by ___ D.C.
MAG. SEC.
JUL 20 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED** as follows: Helaine Batoff, AFPD is relieved of further representation, CJA Counsel Martin Feigenbaum has been appointed to represent the above named defendant. Sentencing is presently set for July 30, 2004. Motion to Continue Sentencing has been filed.

**DONE AND ORDERED** at Miami, Florida this 20 day of JULY, 2004.

TAPE NO: 04E 39-1009

T. E. B. _____
**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

cc: AUSA
Defense Counsel
Pretrial Services
U.S. Marshal