UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6024-CR-SEITZ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HENRY HERNANDEZ,

Defendant.
_____/



FILED by _____ D.C.

JUL 20 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING
HEARING AND TO EXTEND TIME FOR FILING PSI OBJECTIONS**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing and to Extend Time for Filing PSI Objections. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the defendant's motion is hereby **GRANTED**. The sentencing hearing shall be continued until _september_ (to be reset). In addition Mr. Hernandez's Objections to the Presentence Investigation Report shall be filed by no later than August 9, 2004.

**DONE AND ORDERED** at Miami, Florida this 20th day of July, 2004.

_____
PATRICIA SEITZ
UNITED STATES DISTRICT COURT JUDGE

cc:  Helaine Batoff, AFPD
     Marc Osborne, AUSA
     Paul Czekanski, USPO

