FILED by AG D.C.
ELECTRONIC

Jul 27 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024 CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT HENRY HERNANDEZ**

Undersigned counsel notifies that he appears as court-appointed counsel of record for Defendant Henry Hernandez in the above-styled cause. Undersigned counsel requests he be served at his below-listed address with copies of all pleadings and other papers to which he is entitled notice.

Respectfully submitted,

___/ s /_____
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
Phone: (305) 372-0946
Fax:   (305) 372-0947

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 27th day of July, 2004 to: Marc Osborne, AUSA, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 (fax 305-530-7976); and Paul Czekanski, USPO, U.S. Probation Office, 300 N.E. 1st Avenue, Miami, FL 33132 (305-523-5496).

___/ s /_____