| | | VOUC | FLS 04 1448 |
|---|---|---|---|

| 1 CIR/DIST/DIV CODE FLS | 2 PERSON REPRESENTED Hernandez, Henry | | VOUC FLS 04 1448 |
|---|---|---|---|

| 3 MAG. DKT/DEF NUMBER | 4 DIST DKT/DEF NUMBER 0:00-006024-002 | 5 APPEALS DKT/DEF NUMBER | 6 OTHER DKT NUMBER |
|---|---|---|---|

| 7 IN CASE/MATTER OF (Case Name) US v Hernandez(Seitz) | 8 PAYMENT CATEGORY Misdemeanor | 9 TYPE PERSON REPRESENTED Adult Defendant | 10 REPRESENTATION TYPE (See Instructions) Criminal Case |
|---|---|---|---|

11 OFFENSE(S) CHARGED (Cite US Code, Title & Section) — If more than one offense, list (up to five) major offenses charged, according to severity of offense
1) 21 846 CD M -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

12 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Feigenbaum, Martin A
150 West Flagler St, Ste 1565
Miami FL 33130

Telephone Number (305) 372-0946

FILED by MAG. SEC.

Aug 2 2004

D.C.

13 COURT ORDER
X F Subs For Federal Defender

Signature of Presiding Judicial Officer or By Order of the Court
07 20 2004

CLAIM FOR SERVICES AND EXPENSES

FOR COURT USE ONLY

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15 a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour - $ ) TOTALS | | | | | |
| 16 a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour - $ ) TOTALS | | | | | |
| 17 Travel Expenses | | | | | |
| 18 Other Expenses | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | | | | |

