FILED by ___ D.C.
ELECTRONIC

Aug 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024 CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.
_____

) 
) DEFENDANT HERNANDEZ' NOTICE OF
) FILING STATEMENT OF ACCEPTANCE
) OF RESPONSIBILITY
)

Defendant Henry Hernandez ("HERNANDEZ"), by and through court-appointed counsel, notifies he is filing the attached statement of acceptance of responsibility in this cause. The original signature copy of HERNANDEZ' statement shall be filed with the Clerk of the Court. That original-signature statement is the same as the one electronically filed with this Notice.

    Respectfully submitted,

    ___ / s /_____
    Martin A. Feigenbaum
    Florida Bar No. 705144
    150 West Flagler Street
    Museum Tower 1565
    Miami, FL 33130
    Phone: (305) 372-0946
    Fax:   (305) 372-0947

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 9th day of August, 2004 to: Marc I. Osborne, AUSA, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 (fax 305-530-7976); and Paul Czekanski, USPO, U.S. Probation Office, 300 N.E. 1st Avenue, Miami, FL 33132 (305-523-5496).

    ___ / s /_____

August 5, 2004

Marc I. Osborne, AUSA
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Re: United States v. Henry Hernandez / Case No. 00-6024-CR-SEITZ

<u>VIA FAX 305-530-7976</u>

Dear Mr. Osborne:

    Please consider this letter to be the statement of acceptance of responsibility of Defendant Henry Hernandez. Although I have assisted Mr. Hernandez with the drafting of this letter, please understand the thoughts and information contained below are his. I would appreciate it if you would review this statement of acceptance in consideration of our request for a three-level downward adjustment for acceptance of responsibility pursuant to USSG 3E1.1. If you need anything else, please let me know.

        Sincerely,

        Martin A. Feigenbaum

## STATEMENT OF ACCEPTANCE OF RESPONSIBILITY OF HENRY HERNANDEZ

Dear Mr. Osborne:

    I would appreciate it very much if you would consider the following as my statement of acceptance of responsibility. I have asked my attorney to help make the final draft this statement which has my personal feelings and how much I am sorry for what I have done:

      1.  I want to tell you I am very ashamed for what I have done in breaking the laws of the United States of America; I apologize to you, your Office, the United States of America, Judge Seitz, the law enforcement agents, and anybody else hurt by my actions in this crime;

      2.  I want to tell you I also am very ashamed for causing much hurt and pain to my family and friends as a result of participating in criminal conduct;

      3.  I have many positive things in my life which I cannot take advantage of due to my incarceration and the punishment I will receive for what I have done; I am very ashamed I lost my good sense to follow the law and got involved with the wrong type of people; this was a bad thing to do, I knew I was doing it, and I made a terrible life choice; I was living an unhealthy lifestyle, and there was no excuse for my actions;

      4.  I fully accept my responsibility for my criminal conduct in this case; there is nothing sufficient I can put on paper to express my deep shame about what I have done; however, I hope you and Judge Seitz will believe me when I tell you that when I get my next chance at an honorable life after serving my sentence I will not return to criminal activity; rather, I will take care of my family, including my child who now is eight-years old; his name also is Henry Hernandez, and he lives with his mother Ana Amarante in New York; I realize how important it is to care of my child and others who love and care about you; I will get more involved in his life after I serve my sentence;

      5.  I hope to find a good job to work in after I finish my sentence; I hope this Court will see that I do wish to be a better person;

      6.  In this crime, I participated in the unloading of pallets of aluminum ingots from a shipping container; I helped put these ingots inside a warehouse located in Miami, Florida; this happened on January 20, 2000; I agreed to plead guilty to Count II of the indictment because I never should have been involved in a drug crime as mentioned above along with Co-defendant Oswaldo Delarossa; I agreed to return to the Southern District of Florida to clear things up; it was the right thing to do, that is, to face the federal warrant seeking me to be returned here and the charges in this case; I came back voluntarily because I wanted to resolve this matter with a plea of guilty; again, I am deeply ashamed of what I did and hope the Court will show mercy on me.

      Sincerely,

      Henry Hernandez

cc: The Honorable Patricia A. Seitz
    Paul E. Czekanski, USPO (via fax 305-523-5496)