UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024 CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,    ) DEFENDANT HERNANDEZ' EX-PARTE
    Defendant.          ) MOTION FOR TRANSCRIPT OF 5/5/04
                            ) CHANGE OF PLEA HEARING

Defendant Henry Hernandez ("HERNANDEZ"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court for entry of an Order authorizing transcription of his change of plea hearing conducted by this Honorable Court on May 5, 2004, and states:

1. On July 20, 2004, this Honorable Court appointed undersigned counsel to represent HERNANDEZ in the sole proceeding remaining in this cause, that is, the sentencing hearing.

2. The sentencing hearing originally was scheduled for July 30, 2004, but the Court recently granted a continuance until September 9, 2004.

3. On August 18, 2004 undersigned counsel received a copy of Plaintiff United States of America's ("Government") response to HERNANDEZ' sentencing memorandum. In that response the Government references the May 5, 2004 change of plea hearing in support of its argument. Consequently, it now is readily apparent to undersigned counsel that it is crucial for adequate preparation for the sentencing hearing that he obtain copy of the transcript of the change of plea hearing.

1

4. HERNANDEZ encloses a CJA-24 request for transcript and prays the Court will approve it and forward it to its court reporter for production prior to September 9, 2004.

WHEREFORE, Defendant Henry Hernandez respectfully moves this Honorable Court ex-parte for an Order authorizing transcription of his May 5, 2004 change of plea hearing, and that the transcription be completed prior to September 9, 2004.

Respectfully submitted,

*[signature]*
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
Phone: (305) 372-0946
Fax: (305) 372-0947

Dated: August 23, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024 CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,    ) ORDER GRANTING DEFENDANT HERNANDEZ'
    Defendant.    ) EX-PARTE MOTION FOR TRANSCRIPT
    ) OF 5/4/04 CHANGE OF PLEA HEARING

THIS CAUSE came before the Court on Defendant Henry Hernandez' Ex-Parte Motion for Transcript of 5/4/04 Change of Plea Hearing, and the Court, being duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that:

1. Defendant Henry Hernandez' Ex-Parte Motion for Transcript of 5/4/04 Change of Plea Hearing is GRANTED. The court report who took the proceedings in that hearing shall produce a transcript of the hearing and make it available for counsel prior to September 9, 2004.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this ___ day of August, 2004.

THE HONORABLE PATRICIA S. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Martin A. Feigenbaum, Esq.

1

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT** (Rev 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED HERNANDEZ, HENRY | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6024-CR-SEITZ | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. HERNANDEZ | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 USC 841

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

SENTENCING HEARING SCHEDULED FOR 9/9/04

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

CHANGE OF PLEA HEARING 5/4/04

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned _____ % of transcript with (Give case name and)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*[signature]* 8/23/04
MARTIN A. FEIGENBAUM
Telephone Number (305) 372-0946
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order        Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services

Signature of _____  Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk   Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT        24. AMOUNT APPROVED

Signature of Judicial Officer or Clerk of Court   Date