

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024 CR-SEITZ
(U.S.MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.

) ORDER GRANTING DEFENDANT HERNANDEZ'
) EX-PARTE MOTION FOR TRANSCRIPT
) OF 5/4/04 CHANGE OF PLEA HEARING

THIS CAUSE came before the Court on Defendant Henry Hernandez' Ex-Parte Motion for Transcript of 5/4/04 Change of Plea Hearing, and the Court, being duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that:

1. Defendant Henry Hernandez' Ex-Parte Motion for Transcript of 5/4/04 Change of Plea Hearing is GRANTED. The court report who took the proceedings in that hearing shall produce a transcript of the hearing and make it available for counsel prior to September 9, 2004.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this 25th day of August, 2004.

    THE HONORABLE PATRICIA S. SEITZ
    UNITED STATES DISTRICT JUDGE

cc: Martin A. Feigenbaum, Esq.