```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA          Case No.  00-6024-CR-PAS

   v.                             MIAMI, FLORIDA
                                     May 5, 2004
                                     VOLUME I

                                     PAGE 1 TO 32
HENRY HERNANDEZ

```
                         CHANGE OF PLEA
            BEFORE THE HON. PATRICIA A. SEITZ, J.
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:

        MARC OSBORNE, ESQ.
        Assistant United States Attorney
        99 N.E. 4th Street
        Miami, FL  33132

FOR THE DEFENDANT:

        HELAINE BATOFF, ESQ.
        ORLANDO DO CAMPO, ESQ.
        Assistant Federal Public Defenders
        150 W. Flagler Street - 15th Floor
        Miami, FL 33130

REPORTED BY:    DAVID S. EHRLICH, RPR
                Official Court Reporter
                301 N. Miami, Room 504
                Miami, Florida 33128-7788
                (305) 523-5537

Proceedings recorded by mechanical stenography, transcript
25  produced by computer-aided transcription(CAT).

[FILED by CT. REP. D.C.]
[REC'D by D.C. AUG 30 2004 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. MIAMI]