UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CR-Seitz

UNITED STATES OF AMERICA

v.

HENRY HERNANDEZ

       Defendant.

_____/



## GOVERNMENT'S RESPONSE TO FINAL PRESENTENCE REPORT

The United States of America respectfully responds to the presentence report of September 7, 2004 to clarify three points.

With regard to the tenth through the twelfth sentences of paragraph 11 ("It was subsequently discovered . . . . signed the document as a witness."), Hernandez was involved in two prior transactions regarding the shipment of ingots. First, Hernandez rented the forklift that was used to unload the ingots. The undated rental receipt from Raul's Forklifts was found among the papers inside the warehouse at the time of the defendant's arrest, with Hernandez's name and driver's license number written on the receipt. After the arrest, Raul Rodriguez, the owner of Raul's Forklifts, made arrangements to pick up the forklift from the warehouse. When interviewed again on January 19, 2004, Rodriguez remembered the incident. In addition, on January 14, 2000, Hernandez and a man who identified himself as Elmie Gutierez, acting on behalf of Metal Distribution Inc. (the front company used to import the ingots), hired Tony Llanos, a broker, to assist with the importation of the ingots. Hernandez told Llanos that the company would be importing a



lot of aluminum in the future. Hernandez also stated that he was the vice president of the company. Guttierez signed a power of attorney allowing Llanos to work for them; Hernandez signed the document as a witness.

With regard to the remainder of paragraph 11 ("Hernandez was also found . . . . the number for Metal Distribution."), somebody used the land line inside the Metal Distribution warehouse to call a number in Columbia—5753526443—four times on January 20 and January 21, 2000*:

| Date | Time | Length (mins.) |
|---|---|---|
| 1/20/00 | 8:50 a.m. | 9 |
| 1/20/00 | 9:00 a.m. | 0 |
| 1/21/00 | 9:42 a.m. | 1 |
| 1/21/00 | 9:46 a.m. | 5 |

At the time of Hernandez's arrest, a contact list was found on his person. The same Colombian telephone number was written next to the name "Viejo," which is a common nickname meaning "old" in Spanish. The number was written in the middle of Hernandez's contact book. Hernandez also had the number for Metal Distribution's line in the warehouse written in the book.

With regard to paragraphs 12-15, the undersigned government attorney interviewed Delarosa on April 12, 2004 and did not find him sufficiently credible to use as a witness at trial. For that

---

* The ingots were unloaded on the evening of January 20, 2000.

reason, the government does not intend to rely on his statements at sentencing, unless Hernandez

does so.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:   *Marc Osborne* 9/13/04

MARC OSBORNE
Assistant United States Attorney
Court ID# A5500796
99 N.E. 4th Street
Miami, Florida  33132
Tel: (305) 961-9198
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing Response to Final Presentence Report to be mailed first-class on September 14, 2004 to

Martin A. Feigenbaum
150 West Flagler St.
Museum Tower 1565
Miami, FL 33130

Paul Czekanski
U.S. Probation Officer
300 NE 1st Ave, Suite 315
Miami, FL 33132-2126

                                        9/13/04
MARC OSBORNE
Assistant United States Attorney