FILED by    D.C.
ELECTRONIC
Oct 1 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024-CR-SEITZ
(U.S.MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,      ) **DEFENDANT HERNANDEZ' MOTION TO**
    Defendant.             ) **CONTINUE 10/6/04 SENTENCING HEARING**
_____)

      Defendant Henry Hernandez ("HERNANDEZ"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court for a continuance of his sentencing hearing currently scheduled for October 6, 2004, and states:

      1. On July 20, 2004, this Honorable Court appointed undersigned counsel to represent HERNANDEZ in his sentencing hearing.

      2. The first sentencing hearing with undersigned counsel representing HERNANDEZ was scheduled for July 30, 2004. This Honorable Court kindly continued that date until September 9, 2004 to give undersigned counsel sufficient time to prepare.

      3. During his initial meeting with HERNANDEZ at FDC-Miami, undersigned counsel learned there were numerous issues which had to be researched and presented to the Court so there could be a just imposition of sentence.

      4. Most of the work undersigned counsel had to perform on behalf of HERNANDEZ related to application of the United State Supreme Court's holding in <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004).

1

5. On October 4, 2004, the Supreme Court will hear oral argument on whether <u>Blakely</u> applies to the United States Sentencing Guidelines.

6. This Honorable Court kindly granted a continuance of the September 9, 2004 sentencing hearing requested by undersigned counsel due to a recent decision of the United States Court of Appeals for the Eleventh Circuit, <u>United States v. Marseille</u>, wherein that Court refused to apply <u>Blakely</u> to the Guidelines.

7. HERNANDEZ seeks a continuance of the October 4, 2004 sentencing hearing for two reasons: a) the Supreme Court will be deciding the <u>Blakely</u> issue in <u>United States v. Booker,</u> and <u>United States v. Fanfan</u>, within the next few weeks; that decision will be binding precedent on all federal courts of the land as to application of aggravating sentencing factors; and b) on September 30, 2004, undersigned counsel <u>was called to trial</u> by The Honorable Jose E. Martinez, Jr., in <u>United States v. Unises Chapotin</u>, Case No. 04-20305-CR-MARTINEZ; trial commences on October 4, 2004 and is expected to last three days;

8. For the above two reasons, it would be in the interests of justice to continue the sentencing hearing in this cause until: a) the cases <u>Booker</u>, supra, and <u>Fanfan,</u> supra, are decided in the near future; or, alternatively, b) no earlier than the end of October, 2004 due to undersigned counsel's trial conflict during the week of October 4, 2004 in <u>United States v. Chapotin</u>, pending before Judge Martinez.

9. Pursuant to Local Rule 88.9, undersigned counsel notifies that due to time constraints he has not been able to contact the prosecutor assigned to this case in a good-faith effort to seek Plaintiff United States of America's agreement on this Motion to Continue.

2

WHEREFORE, Defendant Henry Hernandez respectfully moves this Honorable Court for an Order continuing the sentencing hearing in this cause as more specifically prayed for in this Motion to Continue.

Respectfully submitted,

___ / s /_____
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
Phone: (305) 372-0946
Fax: (305) 372-0947

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 4th day of October, 2004 to: Marc I. Osborne, AUSA, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 (fax 305-530-7976); and Paul E. Czekanski, USPO, U.S. Probation Office, 300 N.E. 1st Avenue, Room 315, Miami, FL 33132 (fax 305-523-5496).

_____ / s /_____

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024 CR-SEITZ
(U.S.MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.                         )
                               )
HENRY HERNANDEZ,        ) ORDER GRANTING DEFENDANT HERNANDEZ'
    Defendant.             ) MOTION FOR CONTINUANCE OF 10/6/04
_____) <u>SENTENCING HEARING</u>

THIS CAUSE came before the Court on Defendant Henry Hernandez' Motion for Continuance of 10/6/04 Sentencing Hearing, and the Court, being duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that:

1. Defendant Henry Hernandez' Motion for Continuance of 10/6/04 Sentencing Hearing is GRANTED. The Court resets the sentencing hearing in this cause for_____.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this ___ day of October, 2004.

_____
THE HONORABLE PATRICIA S. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Marc I. Osborne, Esq.
    Martin A. Feigenbaum, Esq.
    Paul E. Czekanski, USPO

4

5