FILED by ___ D.C.
ELECTRONIC

Oct 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024-CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.

DEFENDANT HERNANDEZ' MOTION
FOR APPLICATION OF USSG 5G1.3

    Defendant Henry Hernandez ("HERNANDEZ"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court for application of USSG 5G1.3 at the time of his sentencing hearing, and states:

    1. At the time HERNANDEZ agreed to be returned to the Southern District of Florida to face charges in this cause, he was serving an undischarged term of imprisonment in the State of New York. There currently still is pending in the State of New York an undischarged term of imprisonment of approximately six months.

    2. It is unclear at this time the length of imprisonment to be imposed by this Honorable Court on HERNANDEZ at his sentencing hearing due to several decisions pending in the United States Supreme Court on <u>Blakely</u> issues. Regardless of that outcome, HERNANDEZ still will have to serve a term of imprisonment greater in his case before this Honorable Court greater than his undischarged term in New York.

    3. Pursuant to USSG 5G1.3, this Honorable Court is authorized to sentence HERNANDEZ to a term of imprisonment concurrent with any undischarged term of

1

imprisonment in another jurisdiction.  Accordingly, HERNANDEZ respectfully requests that this Honorable Court apply this guideline and sentence him concurrently to any undischarged term of imprisonment remaining in the State of New York.

 4.  Pursuant to Local Rule 88.9, undersigned counsel attempted to confer in good faith with Marc I. Osborne, the AUSA assigned to this case.  However, due to time constraints, undersigned counsel did not reach Mr. Osborne and felt it would be prudent to make this Motion at this time.  Undersigned counsel has made this Motion on October 2, 2004 because he learned late on October 1, 2004 that he would be starting trial on October 4, 2004 before Judge Martinez in <u>United States v. Unises Chapotin</u>, Case No. 04-20305-CR–MARTINEZ.

 WHEREFORE, Defendant Henry Hernandez respectfully moves this Honorable Court to apply USSG 5G1.3 and sentences him concurrently in this cause to any term of undischarged term of imprisonment he is required to serve in the State of New York.

     Respectfully submitted,

     ___ / s /_____
     Martin A. Feigenbaum
     Florida Bar No. 705144
     150 West Flagler Street
     Museum Tower 1565
     Miami, FL 33130
     Phone: (305) 372-0946

 I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 4th day of October, 2004 to: Marc I. Osborne, AUSA,  U.S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 (fax 305-530-7976); and Paul E. Czekanski, USPO, U.S. Probation Office, 300 N.E. 1st Avenue, Room 315, Miami, FL 33132 (fax 305-523-5496).

     _____ / s /_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6024-CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.    )
    )
HENRY HERNANDEZ,    ) ORDER GRANTING DEFENDANT HERNANDEZ'
    Defendant.    ) <u>MOTION FOR APPLICATION OF USSG 5G1.3</u>
_____ )

    THIS CAUSE came before the Court on Defendant Henry Hernandez' Motion for Application of USSG 5G1.3, and the Court, being duly advised in the premises, it is hereupon,

    ORDERED AND ADJUDGED that:

    1.  Defendant Henry Hernandez' Motion for Application of USSG 5G1.3 is GRANTED. Defendant Henry Hernandez' sentence of imprisonment in this cause is imposed and shall run concurrently with any undischarged term of imprisonment he still is required to serve in the State of New York.

    DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this ___ day of October, 2004.

_____
THE HONORABLE PATRICIA S. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Marc I. Osborne, Esq.
    Martin A. Feigenbaum, Esq.
    Paul E. Czekanski, USPO

3