FILED by ___ D.C.
ELECTRONIC

Oct 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6024-CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.

) DEFENDANT HERNANDEZ' RESPONSE TO
) TO ADDENDUM TO PSI AND SUPPLEMENTAL
) OBJECTIONS TO PSI

Defendant Henry Hernandez ("HERNANDEZ"), by and through undersigned court-appointed counsel, respectfully submits his Objections to the Pre Sentence Investigation Report ("PSI"), and states:

1. HERANDEZ objects to paragraph 11 because it references HERNANDEZ as identifying a person known as "Angel." This is factually incorrect.

2. HERNANDEZ objects to paragraph 15 because its sets forth alleged statements attributed to Co-defendant Oswaldo Delarosa ("DELAROSA") which are erroneous. More specifically, HERNANDEZ objects to DELAROSA's alleged statements of fact that HERNANDEZ and others: a) were aware which ingots contained the drugs; and b) removes cocaine from the ingots.

3. HERNANDEZ objects to role assessment because he should be afforded a minor role in this case. HERNANDEZ had nothing to do with any ownership or importation of drugs, nor did HERNANDEZ do anything than perform manual labor for a nominal sum of money as his participation in this cause. This necessarily entitles him to a minor role adjustment.

1

4.  HERNANDEZ renews all previously-filed objections, memoranda of law, in particular as to those objections relating to any enhancements for: a) drug quantity above the minimum default amount of 250 grams; b) obstruction of justice; c) base offense level; d) total offense level; and e) criminal history.

5.  The Government has the burden of proof to demonstrate to the Court why the application of any of the above aggravating factors should result in a total offense level above that argued previously by HERNANDEZ in papers filed in this sentencing phase of this cause.[1]

Respectfully submitted,

___/ s /_____
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
Phone: (305) 372-0946
Fax: (305) 372-0947

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail this 4th day of October, 2004 to: Marc I. Osborne, AUSA, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 (fax 305-530-7976); and Paul E. Czekanski, USPO, U.S. Probation Office, 300 N.E. 1st Avenue, Room 315, Miami, FL 33132 (fax 305-523-5496).

____/ s /_____

---

[1] Notwithstanding the above argument, it must be reiterated that HERNANDEZ does not recede from his position that the Supreme Court's holdings in Blakely v. Washington, 124 S. Ct. 2531 (2004), apply to a just disposition of HERNANDEZ' sentencing in this cause.

2