UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.
OCT 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO 00-6024 CR-SEITZ
(U.S. MAGISTRATE JUDGE BANDSTRA)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.

) ORDER GRANTING DEFENDANT HERNANDEZ'
) MOTION FOR CONTINUANCE OF 10/6/04
) SENTENCING HEARING

THIS CAUSE came before the Court on Defendant Henry Hernandez' Motion for Continuance of 10/6/04 Sentencing Hearing, and the Court, being duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that:

1. Defendant Henry Hernandez' Motion for Continuance of 10/6/04 Sentencing Hearing is ~~GRANTED. The Court resets the sentencing hearing in this cause for~~ DENIED.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this 5th day of October, 2004.

*Patricia L. Seitz*
THE HONORABLE PATRICIA S. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Marc I. Osborne, Esq.
    Martin A. Feigenbaum, Esq.
    Paul E. Czekanski, USPO

4