FILED by [signature] D.C.
OCT 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 00-6024-Cr  Date 10/6/04
Clerk Linda Webb  Reporter David Ehrlich
USPO Spanish  Interpreter Spanish
USPTS ______

AUSA Marc Osborne
Def. Atty. Martin Feigenbaum
United States of America v. Henry Hernandez

Defendant(s): Present X  Not Present ______  In Custody Yes

Sentence ______

Supervised Release ______

Special Conditions of SR ______

Fine $ ______  Special Assessment $ ______

Advised of right to appeal ______

Recommendations to BOP ______

Misc. Cont'd to 10/14 @ 3:00 p.m.
If there are any new issues, Δ to advise by 10/12/04.

87/cb