3:00 p.m. - 4:45 p.m.

CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by _____ D.C.
OCT 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6024-CR-PAS   Date 10/14/04
Clerk Stephanie A. Lee and Nancy Floyd for Linda Webb   Reporter Richard Kaufman-JAL
USPO Paul Czekansky   Interpreter Russian
USPTS _____

AUSA Marc Osborne
Def. Atty. Martin Feigenbaum
United States of America v. Henry Hernandez (J) 63524-004

Defendant(s): Present ✓   Not Present ___   In Custody ✓

Sentence 188 months as to count 2
Supervised Release 3 yrs
Special Conditions of SR Sentence to run concurrent with undischarged State cases: 2002NA009319 + 2002NA009320

Fine $ none imposed   Special Assessment $ 100.00 - due immediately
Advised of right to appeal ✓
Recommendations to BOP Designation @ FCI Miami or Coleman, FL

Misc. Count one dismissed