UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6024-CR-SEITZ
U.S. MAGISTRATE BANDSTRA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

HENRY HERNANDEZ,
    Defendant.

**DEFENDANT HERNANDEZ' NOTICE OF APPEAL**

NOTICE HEREBY IS GIVEN that Henry Hernandez, a Defendant in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment Of Conviction and Sentence entered by this Honorable Court on October 21, 2004. The Court found that Defendant Henry Hernandez is indigent for purposes of this appeal, and therefore the applicable filing fee for this appeal is waived, and appoints Martin A. Feigenbaum, Esq. to represent the Defendant on appeal pursuant to the Criminal Justice Act.

Respectfully submitted,

_____
Martin A. Feigenbaum
Florida Bar No. 705144
150 West Flagler Street
Museum Tower 1565
Miami, FL 33130
(305) 372-0946

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 25th day of October, 2004, to: Marc I. Osborne, AUSA, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132 (fax 305-530-7976).

_____

1



FILED by EG D.C.
ELECTRONIC
Oct 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

RECEIVED
FILED by _____ D.C.
APPEALS
OCT 25 2004
CLARENCE MADDOX
U.S. DIST. CT.
S.D. FLA. MIAMI

