# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

REC'D by H.H.
APPEALS

NOV 0 2 20__

Appeal Section
305-523-5080

Date: October 24, 2004

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK OCT 28 2004 ATLANTA, GA]*

IN RE:    District Court No.: 00-6024-CR SEITZ    U.S.C.A. No.: 04-1__67B

Style:    HENRY HERNANDEZ vs. U.S.A.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: YES |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings;    _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| _____ | There was no hearing from which a transcript could be made. |
| _____ | Copy of CJA form appointing counsel enclosed. |
| _____ | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid    NO |
| | Date paid _____    Receipt No. _____ |
| _____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is:    PATRICIA A. SEITZ |
| X | The Court Reporter(s):    DAVID EHRLICH |
| _____ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| _____ | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
        Deputy Clerk

c:    court file

| ☒ 301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |