UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                Case 00-6024-CR-PAS

v.                                      MIAMI, FLORIDA
                                        October 6, 2004

                                        PAGE 1 TO 17

HENRY HERNANDEZ

SENTENCE HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

         MARC OSBORNE, ESQ.
         Assistant United States Attorney
         99 N.E. 4th Street
         Miami, FL  33132

FOR THE DEFENDANT:

         MARTIN A. FEIGENBAUM, ESQ.
         150 West Flagler Street - Suite 1565
         Miami, FL 33130


REPORTED BY:    DAVID S. EHRLICH, RPR
                Official Court Reporter
                301 N. Miami, Room 504
                Miami, Florida 33128-7788
                (305) 523-5537


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER