```
              UNITED STATES DISTRICT COURT         DEC 14 2004
              SOUTHERN DISTRICT OF FLORIDA      CLARENCE MADDOX
                     MIAMI DIVISION             CLERK U.S. DIST. CT.
                                                 S.D. OF FLA  MIAMI
THE UNITED STATES OF AMERICA,     )      Docket No.
                                  )      00-6024-CR-PAS
            Plaintiff,            )
                                  )
                                  )      Miami, Florida
                                  )      OCTOBER 14, 2004
    v.                            )
                                  )
HENRY HERNANDEZ,                  )
                                  )
            Defendant.            )
                                  )
----------------------------------x
```

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE PATRICIA A. SEITZ
APPEARANCES:

FOR THE GOVERNMENT:

                MARC I. OSBORNE, A.U.S.A.
                99 N.E. 4th Street
                Miami, FL  33132         305/961-9198

FOR THE DEFENDANT:   MARTIN ALAN FEIGENBAUM, ESQ.
                150 West Flagler Street, Ste. 1565
                Miami, FL  33130         305/372-0946

Court Reporter:      RICHARD A. KAUFMAN, C.M.R.R.

