FILED by _____ D.C.
APPEALS

DEC 15 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: 12/15/2004

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:  District Court No: 00-06024-cr  - PAS
        U.S.C.A. No: 04-15567-B
        Style: HENRY HERNANDEZ VS. U.S.A.

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    1  Volume(s) of pleadings

    3  Volume(s) of Transcripts

 X  Exhibits:    0 boxes;       0 folders;
                 0 envelopes;   1 PSIs (sealed)
              ☑ other: (1) Sealed Envelope containing 1 PSI
              ☐ other: _____

    ☐ Other: _____
    ☐ Other: _____

Sincerely,
Clarence Maddox, Clerk of Court
By: _____
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

301 N. Miami Avenue          299 E. Broward Boulevard     701 Clematis Street
Miami, Fl 33128-7788         Ft. Lauderdale, Fl 33301     West Palm Beach, Fl 33401
305-523-5080                 954-769-5413                 561-803-3408



```
                                                          LSS      CLOSED
                                                                   APPEAL
                         U.S. District Court
                Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 00-CR-6024-ALL

USA v. Delarosa                                        Filed: 01/27/00

Other Dkt # 0:00-m -04011

Case Assigned to: Judge Patricia A. Seitz

OSWALDO DELAROSA (1)              Kenneth H. White
     defendant                      [term  09/13/00]
  [term  09/13/00]                 FTS 854-2103
                                   [COR LD NTC ret]
                                   Kenneth White
                                   2400 S Dixie Highway
                                   Suite 200
                                   Miami, FL 33133
                                   305-854-8393


Pending Counts:                   Disposition

21:846=CD.F CONSPIRACY            87 months imprisonment, 3 years
DISTRIBUTE CONTRL SUBST           supervised release and $100
(1)                               special assessment
                                  (1)


Offense Level (opening): 4


Terminated Counts:                Disposition

21:841A=CD.F CONTROLLED SUBST     Count dismissed
SELL/DISTR/DISPENSE               (2)
(2)


Offense Level (disposition): 4
```

[Stamp: Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida, By [signature] Deputy Clerk, Date 12/15/04]

Proceedings include all events.                                            LSS
0:00cr6024-ALL USA v. Delarosa                                       CLOSED APPEAL

Complaints                                    Disposition

21:841 PWID cocaine
[ 0:00-m -4011 ]


==========================
Case Assigned to:  Judge Patricia A. Seitz

HENRY HERNANDEZ (2)                Public Defender
    defendant                        [term  03/10/04]
 [term  10/21/04]                  FTS 536-4559
                                   305-530-7000
                                   [COR LD NTC pda]
                                   Helaine Blythe Batoff
                                     [term  07/20/04]
                                   FTS 536-4559
                                   Suite 1700
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   150 W Flagler Street
                                   Miami, FL 33130-1556
                                   305-530-7000

                                   Martin Alan Feigenbaum
                                     [term  10/21/04]
                                   FTS 372-0947
                                   305-372-0946
                                   [COR LD NTC cja]
                                   Martin A. Feigenbaum
                                   150 W Flagler Street
                                   Suite 1565 Museum Tower
                                   Miami, FL 33130
                                   305-372-0946

Pending Counts:                               Disposition

21:841A=CD.F CONTROLLED SUBST      Imprisonment for a term of 188
SELL/DISTR/DISPENSE                months. It is further
(2)                                ORDERED that this term shall be
                                   served concurrently with
                                   the undischarged state sentence
                                   in case nos. 2002NA009319
                                   and 2002NA009320. Supervised
                                   release for a term of 3 years.
                                   Total assessment of $100.00.
                                   (2)

```
Proceedings include all events.                                          LSS
0:00cr6024-ALL USA v. Delarosa                                  CLOSED APPEAL

Offense Level (opening): 4


Terminated Counts:                       Disposition

21:846=CD.F CONSPIRACY                   Dismissed
DISTRIBUTE CONTRL SUBST                  (1)
(1)


Offense Level (disposition): 4




Complaints                               Disposition

21:841 PWID cocaine
[ 0:00-m -4011 ]



U. S. Attorneys:

  Marc Osborne
  FTS 530-7976
  305-961-9198
  [COR LD NTC]
  United States Attorney's Office
  99 NE 4 Street
  Miami, FL 33132
  305-961-9000

  Roger Harris Stefin, AUSA
    [term  03/17/04]
  FTS 356-7336
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33301-3002
  954-356-7255

  PTS Officer
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  101 NE 3rd Avenue
  Suite 200
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
```

```
Proceedings include all events.                                    LSS
0:00cr6024-ALL USA v. Delarosa                            CLOSED APPEAL
    954-769-5500
    [COR LD NTC]
    United States Probation Office
    299 E Broward Boulevard
    Room 409
    Fort Lauderdale, FL 33301-1865
    954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6024-ALL USA v. Delarosa                              CLOSED APPEAL

1/21/00    1       COMPLAINT as to Oswaldo Delarosa, Henry Hernandez
                   [ 0:00-m -4011 ] (dd) [Entry date 01/24/00]

1/21/00    2        ARREST WARRANT issued as to Henry Hernandez .   Warrant
                   issued by Magistrate Barry S. Seltzer    Bail fixed at PTD
                   Requested
                   [ 0:00-m -4011 ] (dd) [Entry date 01/24/00]

1/21/00    --      ARREST of Oswaldo Delarosa
                   [ 0:00-m -4011 ] (md) [Entry date 01/27/00]

1/24/00    3       REPORT Commencing Criminal Action as to Oswaldo Delarosa
                   DOB: 9/28/42   Prisoner # 60235-004   Spanish Interp.
                   [ 0:00-m -4011 ] (md) [Entry date 01/27/00]

1/24/00    4       ORDER on Initial Appearance as to Oswaldo Delarosa; Kenneth
                   White appeared as temporary counsel of record; Bond set to
                   Temporary Pretrial Detention. Arraignment set for 2/7/00 in
                   Fort Lauderdale; Report re counsel set for 1/31/00 in Fort
                   Lauderdale; Detention hearing set for 1/31/00 in Fort
                   Lauderdale; Preliminary examination set for 2/7/00 in Fort
                   Lauderdale before Ch. Magistrate Judge Lurana S. Snow, ,
                    ( Signed by Magistrate Peter R. Palermo on 1/24/00) Tape
                   # 00E-11-2187 CCAP
                   [ 0:00-m -4011 ] (md) [Entry date 01/27/00]

1/24/00    5       NOTICE of Temporary Appearance for Oswaldo Delarosa by
                   Attorney Kenneth H. White
                   [ 0:00-m -4011 ] (md) [Entry date 01/27/00]

1/27/00   (6)      INDICTMENT as to Oswaldo Delarosa (1) count(s) 1, 2, Henry    [Begin Vol. 1]
                   Hernandez (2) count(s) 1, 2 (Criminal Category 1)
                   (Preliminary Examination cancelled.) (pb)
                   [Entry date 01/28/00]

1/27/00    --      Magistrate identification:  Magistrate Judge Lurana S. Snow
                   (pb) [Entry date 01/28/00]

1/31/00    7       Minute of PTD/Arraignment/IRC held on 1/31/00  before Ch.
                   Magistrate Judge Lurana S. Snow  as to Oswaldo Delarosa ;
                   Court Reporter Name or Tape #: 00-004-2821 (dp)
                   [Entry date 02/01/00]

2/3/00     8       ORDER SETTING STATUS CONFERENCE as to Oswaldo Delarosa
                   Status conference set for 11:00 2/18/00 for Oswaldo
                   Delarosa   before Magistrate Barry S. Seltzer ( Signed by
                   Ch. Magistrate Judge Lurana S. Snow on 2/3/00) CCAP [EOD
                   Date: 2/7/00]   CCAP (dp) [Entry date 02/07/00]

2/3/00     9       STANDING DISCOVERY ORDER as to Oswaldo Delarosa    all
                   motions concerning matters not covered by this order must
                   be filed within 28 days of this order ( Signed by Ch.
                   Magistrate Judge Lurana S. Snow on 2/3/00)  Tape #  CCAP (dp)
                   [Entry date 02/07/00]
```

```
Proceedings include all events.                                      LSS
0:00cr6024-ALL USA v. Delarosa                                CLOSED APPEAL
```
*Vol.1 cont'd*

| Date | # | Entry |
|---|---|---|
| 2/3/00 | 10 | Minute of PTD/Arraignment held on 2/3/00 before Ch. Magistrate Judge Lurana S. Snow as to Oswaldo Delarosa ; Court Reporter Name or Tape #: 00-006-3638 (dp) [Entry date 02/09/00] |
| 2/3/00 | 11 | ARRAIGNMENT INFORMATION SHEET for Oswaldo Delarosa (1) count(s) 1, 2  NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 02/09/00] |
| 2/3/00 | 12 | NOTICE of Appearance for Oswaldo Delarosa by Attorney Kenneth White (dp) [Entry date 02/09/00] |
| 2/11/00 | 13 | SCHEDULING ORDER as to Oswaldo Delarosa setting Calendar Call for 3:15 3/6/00 for Oswaldo Delarosa ; Jury Trial for 3/13/00 for Oswaldo Delarosa ; before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 2/11/00) CCAP [EOD Date: 2/14/00] CCAP (dp) [Entry date 02/14/00] |
| 2/14/00 | 14 | RESPONSE to Standing Discovery Order by USA as to Oswaldo Delarosa (dp) [Entry date 02/15/00] |
| 2/17/00 | 15 | MOTION by Oswaldo Delarosa for discovery and inspection (dp) [Entry date 02/17/00] |
| 2/17/00 | 16 | Minute of status conference held on 2/17/00 before Magistrate Barry S. Seltzer as to Oswaldo Delarosa ; Court Reporter Name or Tape #: 00-017/720 (dp) [Entry date 02/22/00] |
| 2/17/00 | -- | Status conference as to Oswaldo Delarosa held (dp) [Entry date 02/22/00] |
| 2/17/00 | 17 | STATUS REPORT ORDER as to Oswaldo Delarosa . ( Signed by Magistrate Barry S. Seltzer on 2/17/00) CCAP [EOD Date: 2/22/00] CCAP (dp) [Entry date 02/22/00] |
| 3/2/00 | 18 | MOTION by Oswaldo Delarosa to continue trial (dp) [Entry date 03/02/00] |
| 3/2/00 | 19 | MOTION by Oswaldo Delarosa to extend time to file pretrial motions (dp) [Entry date 03/02/00] |
| 3/10/00 | 20 | ORDER as to Oswaldo Delarosa granting [19-1] motion to extend time to file pretrial motions as to Oswaldo Delarosa (1) ( Signed by Judge Wilkie D. Ferguson Jr. on 3/10/00) CCAP [EOD Date: 3/13/00] CCAP (dp) [Entry date 03/13/00] |

```
Proceedings include all events.                                    LSS
0:00cr6024-ALL USA v. Delarosa         Vol.1 cont'd        CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 3/10/00 | 21 | ORDER as to Oswaldo Delarosa granting [18-1] motion to continue trial as to Oswaldo Delarosa (1) to Continue in Interest of Justice, reset calendar call for 3:15 4/17/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr., reset Jury trial for 4/24/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 3/10/00) CCAP [EOD Date: 3/13/00] CCAP※ (dp) [Entry date 03/13/00] |
| 3/22/00 | 22 | MOTION by Oswaldo Delarosa to suppress confessions, admissions and statements (dp) [Entry date 03/23/00] |
| 3/29/00 | 23 | RESPONSE by USA as to Oswaldo Delarosa re [22-1] motion to suppress confessions, admissions and statements (dp) [Entry date 03/31/00] |
| 4/25/00 | 24 | ORDER as to Oswaldo Delarosa to Continue in Interest of Justice, reset calendar call for 3:15 9/18/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr., reset Jury trial for 5/8/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 4/25/00) CCAP [EOD Date: 4/27/00] CCAP※ (dp) [Entry date 04/27/00] |
| 5/26/00 | 25 | ORDER as to Oswaldo Delarosa to Continue in Interest of Justice, reset calendar call for 3:15 5/30/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr., reset Jury trial for 6/5/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 5/26/00) CCAP [EOD Date: 5/30/00] CCAP※ (dp) [Entry date 05/30/00] |
| 6/16/00 | 26 | Minutes of change of plea held on 6/16/00 before Judge Wilkie D. Ferguson Jr. as to Oswaldo Delarosa ; GUILTY: Oswaldo Delarosa (1) count(s) 1 Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 06/20/00] |
| 6/16/00 | 27 | Plea Agreement as to Oswaldo Delarosa (dp) [Entry date 06/20/00] |
| 6/16/00 | 28 | NOTICE of Hearing as to Oswaldo Delarosa : setting Sentencing for 9:00 9/8/00 for Oswaldo Delarosa before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 06/20/00] |
| 7/26/00 | (29) | ORDER transferring defendant to suspended file until apprehended as to Henry Hernandez ( Signed by Judge Wilkie D. Ferguson Jr. on 7/25/00) CCAP [EOD Date: 7/27/00] CCAP※ (dp) [Entry date 07/27/00] |
| 9/8/00 | 30 | Minutes of sentencing held on 9/8/00 before Judge Wilkie D. Ferguson Jr. as to Oswaldo Delarosa ; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 09/11/00] |
| 9/8/00 | -- | Sentencing held Oswaldo Delarosa (1) count(s) 1 (dp) |

```
Proceedings include all events.                                    LSS
0:00cr6024-ALL USA v. Delarosa                              CLOSED APPEAL
                  [Entry date 09/14/00]    Vol.1 cont'd
9/13/00    31    JUDGMENT as to Oswaldo Delarosa (1) count(s) 2. Count
                 dismissed , Oswaldo Delarosa (1) count(s) 1.  87 months
                 imprisonment, 3 years supervised release and $100 special
                 assessment   ( Signed by Judge Wilkie D. Ferguson Jr. on
                 9/13/00) CCAP [EOD Date: 9/14/00]  CCAP (dp)
                 [Entry date 09/14/00]

11/6/00    32    Judgment Returned Executed as to Oswaldo Delarosa on
                 10/24/00 at FCI Miami (dp) [Entry date 11/07/00]

3/9/01     33    MOTION by Oswaldo Delarosa to vacate under 28 U.S.C. 2255
                 ( Civil Action # 01-6374-CIV-WDF) (ea) [Entry date 03/12/01]

6/19/01    34    TRANSCRIPT filed as to Oswaldo Delarosa  of Sentencing
                 Hearing held 9/8/00  before Judge Wilkie D. Ferguson, Jr.
                 Volume #: 1  Pages: 1-9 (gf) [Entry date 06/19/01]

9/18/02    35    ORDER as to Oswaldo Delarosa  denying [33-1] motion to
                 vacate under 28 U.S.C. 2255 ( Civil Action #
                 01-6374-CIV-WDF) as to Oswaldo Delarosa (1) ( Signed by
                 Judge Wilkie D. Ferguson Jr. on 9/18/02) [EOD Date:
                 9/19/02] CCAP (dp) [Entry date 09/19/02]

5/22/03   (36)   ORDER as to Henry Hernandez transferring case pursuant to
                 Administrative Order 2003-43 ( Signed by Judge William J.
                 Zloch on 5/22/03) [EOD Date: 5/23/03] CCAP (ct)
                 [Entry date 05/23/03] [Edit date 06/02/03]

5/22/03    --    CASE reassigned  to Judge Patricia A. Seitz (ct)
                 [Entry date 05/23/03] [Edit date 05/23/03]

5/30/03    37    ORDER as to Oswaldo Delarosa denying as moot [15-1] motion
                 for discovery and inspection as to Oswaldo Delarosa (1)
                 (Signed by Magistrate Judge Lurana S. Snow on 5/30/03) [EOD
                 Date: 6/3/03] CCAP (ss) [Entry date 06/03/03]

5/30/03    38    CERTIFICATION for Transfer as to Oswaldo Delarosa, et al
                 (Signed by Magistrate Judge Lurana S. Snow on 5/30/03) [EOD
                 Date: 6/3/03] CCAP (ss) [Entry date 06/03/03]

2/13/04   (39)   PETITION by USA  for Writ of Habeas Corpus ad prosequendum
                 as to Henry Hernandez (dg) [Entry date 02/17/04]

2/18/04   (40)   WRIT of Habeas Corpus ad Prosequendum issued as to Henry
                 Hernandez  for 3/3/04   ( Signed by Magistrate Barry L.
                 Garber on 2/18/04) [EOD Date: 2/19/04] (ct)
                 [Entry date 02/19/04]


Docket as of December 15, 2004 1:13 pm                        Page 8
```

```
Proceedings include all events.                                           LSS
0:00cr6024-ALL USA v. Delarosa           Vol. 1 cont'd          CLOSED APPEAL

3/3/04   (41)   ORDER on Initial Appearance as to Henry Hernandez, for
                Appointment of Public Defender Bond hearing set for 10:00
                3/8/04 for Henry Hernandez ;   before Duty Magistrate, ,
                ( Signed by Magistrate Barry L. Garber  on 3/3/04) Tape
                # 04C-10-1497 CCAP (ct) [Entry date 03/04/04]

3/3/04   (42)   ARRAIGNMENT INFORMATION SHEET for Henry Hernandez (2)
                count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (ct) [Entry date 03/04/04]

3/3/04   (43)   STANDING DISCOVERY ORDER as to Henry Hernandez   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry L. Garber on 3/3/04)  Tape # 04C-10-1497
                CCAP (ct) [Entry date 03/04/04]

3/3/04    --    ARREST of Henry Hernandez (mg) [Entry date 09/17/04]

3/5/04   (44)   DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Henry Hernandez (ct) [Entry date 03/08/04]

3/8/04   (45)   ORDER as to Henry Hernandez to set Bond   Bond set to
                $100,000 w/Nebbia for Henry Hernandez. ( Signed by
                Magistrate Judge Robert L. Dube on 3/8/04) [EOD Date:
                3/9/04] CCAP (ct) [Entry date 03/09/04]

3/10/04  (46)   NOTICE of Assignment of Assistant Public Defender for Henry
                Hernandez . Terminated attorney Public Defender for Henry
                Hernandez AFPD Helaine Blythe Batoff assigned. (ct)
                [Entry date 03/11/04]

3/10/04  (47)   NOTICE of request for disclosure of prior convictions,
                404(b) evidence, and expert witness summaries by Henry
                Hernandez (ct) [Entry date 03/11/04]

3/10/04  (48)   ORDER as to Henry Hernandez  set Jury trial for 5/3/04 for
                Henry Hernandez   before Judge Patricia A. Seitz, and
                set calendar call for 1:15 4/29/04 for Henry Hernandez
                before Judge Patricia A. Seitz ( Signed by Judge Patricia
                A. Seitz on 3/8/04) [EOD Date: 3/11/04] CCAP (ct)
                [Entry date 03/11/04]

3/10/04  (49)   RESPONSE to Standing Discovery Order by USA  as to Henry
                Hernandez (ct) [Entry date 03/11/04]

3/16/04  (50)   ORDER as to Henry Hernandez  set status conference for
                9:00 3/31/04 for Henry Hernandez   before Judge Patricia A.
                Seitz ( Signed by Judge Patricia A. Seitz on 3/16/04) [EOD
                Date: 3/17/04] CCAP (ct) [Entry date 03/17/04]

3/17/04  (51)   NOTICE of Reassignment of US Attorney. Terminated attorney
                Roger Harris Stefin for USA Added Marc Osborne (ct)
                [Entry date 03/18/04]
```

```
Proceedings include all events.                                              LSS
0:00cr6024-ALL USA v. Delarosa           Vol.1 Cont'd           CLOSED APPEAL

3/31/04   52      Minutes of status conference held on 3/31/04  before Judge
                  Patricia A. Seitz as to Henry Hernandez ;  Court Reporter
                  Name or Tape #: D. Ehrlich (ct) [Entry date 04/01/04]

3/31/04   --      Status conference as to Henry Hernandez  held  before Judge
                  Patricia A. Seitz (ct) [Entry date 04/01/04]

3/31/04   53      ORDER regarding speedy trial issue as to Henry Hernandez.
                  See Order for details. ( Signed by Judge Patricia A. Seitz
                  on 3/31/04) [EOD Date: 4/1/04] CCAP  (ct)
                  [Entry date 04/01/04]

4/9/04    54      SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as
                  to Henry Hernandez (ct) [Entry date 04/12/04]

4/19/04   55      NOTICE of Unavailability by USA  as to Henry Hernandez  for
                  dates of: 4/19/04-4/29/04 (ct) [Entry date 04/20/04]

4/19/04   56      JOINT MOTION by USA as to Henry Hernandez to continue
                  trial (ct) [Entry date 04/20/04]

4/22/04   57      ORDER as to Henry Hernandez  granting [56-1] motion to
                  continue trial as to Henry Hernandez (2)  reset Jury trial
                  for 6/1/04 for Henry Hernandez  before Judge Patricia A.
                  Seitz, and  reset calendar call for 1:15 5/26/04 for
                  Henry Hernandez  before Judge Patricia A. Seitz ( Signed
                  by Judge Adalberto Jordan on 4/21/04) [EOD Date: 4/23/04]
                  CCAP  (ct) [Entry date 04/23/04]

5/6/04    58      Minutes of change of plea held on 5/5/04  before Judge
                  Patricia A. Seitz as to Henry Hernandez ; GUILTY: Henry
                  Hernandez (2) count(s) 2  Court Reporter Name or Tape #:
                  D. Ehrlich (ct) [Entry date 05/07/04]

5/6/04    59      Plea Agreement as to Henry Hernandez (ct)
                  [Entry date 05/07/04]

5/6/04    60      STATEMENT of facts by USA, Henry Hernandez (ct)
                  [Entry date 05/07/04]

5/6/04    61      NOTICE of Hearing as to Henry Hernandez :  setting
                  Sentencing for 8:30 7/30/04 for Henry Hernandez before
                  Judge Patricia A. Seitz (ct) [Entry date 05/07/04]

5/6/04    --      Change of Plea Hearing as to Henry Hernandez  held  before
                  Judge Patricia A. Seitz (ct) [Entry date 05/07/04]

5/11/04   62      SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by
                  USA as to Henry Hernandez (ct) [Entry date 05/12/04]

7/8/04    63      MOTION by Henry Hernandez for appointment of new counsel (ct)
                  [Entry date 07/09/04]
```

```
Proceedings include all events.                                         LSS
0:00cr6024-ALL USA v. Delarosa          Vol.1 cont'd     CLOSED APPEAL

7/9/04   (64)   NOTICE of Unavailability by USA as to Henry Hernandez   for
                dates of: 8/17/04-8/23/04 (ct) [Entry date 07/12/04]

7/12/04  (65)   UNOPPOSED MOTION by USA as to Henry Hernandez to extend
                time to comment on presentence report (ct)
                [Entry date 07/13/04]

7/14/04  (66)   ORDER OF REFERENCE referring Motion(s)  to Magistrate Ted
                E. Bandstra as to Henry Hernandez : [63-1] motion for
                appointment of new counsel as to Henry Hernandez (2)  (
                Signed by Judge Patricia A. Seitz on 7/14/04) [EOD Date:
                7/15/04]  CCAP (ct) [Entry date 07/15/04]

7/14/04  (67)   ORDER as to Henry Hernandez  granting [65-1] motion to
                extend time to comment on presentence report as to Henry
                Hernandez (2) ( Signed by Judge Patricia A. Seitz on
                7/14/04) [EOD Date: 7/15/04] CCAP (ct)
                [Entry date 07/15/04]

7/19/04  (68)   MOTION by Henry Hernandez to extend time to continue
                hearing, and to extend time to file PSI objections (ct)
                [Entry date 07/20/04]

7/20/04  (69)   ORDER as to Henry Hernandez  granting [63-1] motion for
                appointment of new counsel as to Henry Hernandez (2) (
                Signed by Magistrate Ted E. Bandstra on 7/20/04) [EOD Date:
                7/21/04] CCAP (ct) [Entry date 07/21/04]

7/20/04  (70)   ORDER as to Henry Hernandez granting [68-1] motion to
                extend time to continue hearing as to Henry Hernandez (2),
                granting [68-2] motion to extend time to file PSI
                objections as to Henry Hernandez (2)  resetting Sentencing
                for 8:30 9/9/04 for Henry Hernandez  before Judge Patricia
                A. Seitz ( Signed by Judge Patricia A. Seitz on 7/20/04)
                [EOD Date: 7/21/04] CCAP (ct) [Entry date 07/21/04]

7/27/04  (71)   NOTICE of Appearance for Henry Hernandez by Attorney Martin
                A. Feigenbaum (ct) [Entry date 07/27/04]

8/2/04   (72)   CJA 20 as to Henry Hernandez : Appointment of Attorney
                Martin A. Feigenbaum ( Signed by Magistrate Ted E. Bandstra
                on 7/20/04) (ct) [Entry date 08/03/04]

8/6/04   (73)   Notice of filing STATEMENT of acceptance of responsibility
                by Henry Hernandez (ct) [Entry date 08/09/04]

8/6/04   (74)   Sentencing MEMORANDUM of law by Henry Hernandez as to Henry
                Hernandez (ct) [Entry date 08/09/04]

8/7/04   (75)   OBJECTION by Henry Hernandez  to Presentence Investigation
                Report (ct) [Entry date 08/09/04]

8/16/04  (76)   RESPONSE to [75-1]  Objections to Presentence Investigation
                Report by USA as to Henry Hernandez (ct)
```

```
Proceedings include all events.                                    LSS
0:00cr6024-ALL USA v. Delarosa                              CLOSED APPEAL
```

[Entry date 08/17/04]   **VOL·I Cont'd**

| Date | # | Entry |
|---|---|---|
| 8/16/04 | 77 | RESPONSE by USA as to Henry Hernandez to [74-1] sentencing memorandum (ct) [Entry date 08/17/04] |
| 8/23/04 | 78 | EX PARTE MOTION by Henry Hernandez for transcript of 5/5/04 change of plea hearing (ct) [Entry date 08/24/04] |
| 8/25/04 | 79 | ORDER as to Henry Hernandez granting [78-1] motion for transcript of 5/5/04 change of plea hearing as to Henry Hernandez (2) ( Signed by Judge Patricia A. Seitz on 8/25/04) [EOD Date: 8/25/04] CCAP (ct) [Entry date 08/25/04] |
| 8/25/04 | 80 | REPLY to governments' response to sentencing memorandum by Henry Hernandez in opposition to [77-1] opposition response (mh) [Entry date 08/26/04] |
| 8/27/04 | 81 | TRANSCRIPT filed as to Henry Hernandez of Change of Plea held 05/05/04 before Judge Patricia A. Seitz, J. Volume #: I Pages: 1-32 (vl) [Entry date 08/30/04]   **VOL 2** |
| 9/14/04 | 82 | OBJECTION by USA to Presentence Investigation Report as to Henry Hernandez (ct) [Entry date 09/15/04] |
| 10/1/04 | 83 | MOTION by Henry Hernandez to continue 10/6/04 sentencing hearing (ct) [Entry date 10/04/04] |
| 10/2/04 | 84 | MOTION by Henry Hernandez for application of USSG 5G1.3 (ct) [Entry date 10/04/04] |
| 10/4/04 | 85 | RESPONSE to [82-1] addendum to PSI and Objections to Presentence Investigation Report by Henry Hernandez (ct) [Entry date 10/05/04] |
| 10/5/04 | 86 | ORDER denying [83-1] motion to continue 10/6/04 sentencing hearing as to Henry Hernandez (2) ( Signed by Judge Patricia A. Seitz on 10/5/04) [EOD Date: 10/6/04] CCAP (ct) [Entry date 10/06/04] |
| 10/6/04 | 87 | Minutes of sentencing held on 10/6/04 before Judge Patricia A. Seitz as to Henry Hernandez ; Court Reporter Name or Tape #: D. Ehrlich (ct) [Entry date 10/07/04] |
| 10/11/04 | 88 | MOTION by Henry Hernandez for imposition of alternative sentences and for application of US v. Rodriquez to guidelines calculation (ct) [Entry date 10/12/04] |
| 10/14/04 | -- | Sentencing held before Judge Patricia A. Seitz Henry Hernandez (2) count(s) 2 (ct) [Entry date 10/22/04] |
| 10/18/04 | 89 | Minutes of sentencing held on 10/14/04 before Judge Patricia A. Seitz as to Henry Hernandez ; Court Reporter Name or Tape #: Richard Kaufman (ct) [Entry date 10/19/04] |

Proceedings include all events.                                              LSS
0:00cr6024-ALL USA v. Delarosa                                        CLOSED APPEAL

*vol.1 cont'd*

| | | |
|---|---|---|
| 10/21/04 | 90 | JUDGMENT as to Henry Hernandez (2) count(s) 2. Imprisonment for a term of 188 months. It is further ORDERED that this term shall be served concurrently with the undischarged state sentence in case nos. 2002NA009319 and 2002NA009320. Supervised release for a term of 3 years. Total assessment of $100.00. , Henry Hernandez (2) count(s) 1. Dismissed ( Signed by Judge Patricia A. Seitz on 10/20/04) [EOD Date: 10/22/04]  CCAP (ct) [Entry date 10/22/04] |
| 10/22/04 | 91 | NOTICE OF APPEAL by Henry Hernandez re: [90-1] judgment order  EOD Date: 10/22/04; Henry Hernandez (2) count(s) 2; Filing Fee: $ (FEE NOT REQUIRED CJA) Copies to USCA, AUSA, USM, USPO and Counsel of Record. (pc) [Entry date 10/22/04] [Edit date 10/22/04] |
| 10/22/04 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Henry Hernandez [91-1] appeal (pc) [Entry date 10/22/04] |
| 10/24/04 | 92 | DUPLICATE NOTICE OF APPEAL by Henry Hernandez re: [90-1] judgment order EOD Date: 10/22/04; ; Filing Fee: $ FEE NOT REQUIRED-CJA Copies to USCA, AUSA, USM, USPO and Counsel of Record. (vl) [Entry date 10/26/04] |
| 11/2/04 | 93 | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 10/28/04 as Henry Hernandez Re: [91-1] appeal USCA Number: 04-15567-B (vl) [Entry date 11/02/04] [Edit date 11/02/04] |
| 11/9/04 | 94 | TRANSCRIPT INFORMATION FORM as to Henry Hernandez re: [92-1] appeal, [91-1] appeal regarding sentencing transcript from 10/6/04 & 10/14/04 received on 11/10/04 from Court Reporter. (Returned to Court Reporter Coordinator) (vl) [Entry date 11/10/04] |
| 11/23/04 | 95 | TRANSCRIPT filed as to Henry Hernandez of Sentencing Hearing held 10/6/04  before Judge Patricia A. Seitz Pages: 1-17  re: [92-1] appeal, [91-1] appeal . (vl) [Entry date 11/23/04]  *VOL.2* |
| 11/23/04 | 96 | Transcript Information Form as to Henry Hernandez for Transcript of: Sentencing Hearing held 10/6/04 filed re: [92-1] appeal by Henry Hernandez, [91-1] appeal by Henry Hernandez (vl) [Entry date 11/23/04] |
| 12/14/04 | 97 | TRANSCRIPT filed as to Henry Hernandez of Sentencing held 10/14/04  before Judge Patricia A. Seitz  Pages: 1-43  re: [92-1] appeal, [91-1] appeal . (vl) [Entry date 12/14/04] *VOL.3* |

*End Vol.1*

U.S.D.C. CASE #  <u>00-06024-cr</u>

U.S.C.A. CASE #  <u>04-15567-B</u>

This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):

Henry Hernandez