# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

FILED by _H.H._ D.C.
APPEALS

JAN 1 0 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Date: 12/15/2004

DEC 2 3 2004

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:     District Court No:   00-06024-cr   -  PAS

U.S.C.A. No:   04-15567-B  B

Style:   HENRY HERNANDEZ VS. U.S.A.

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

**Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:**

_____1_____  Volume(s) of pleadings

_____3_____  Volume(s) of Transcripts

__X__  Exhibits:  ____0____ boxes;  ____0____ folders;

____0____ envelopes;  ____1____ PSIs (sealed)

✔ other:  (1) Sealed Envelope containing 1 PSI

☐ other:  _____

Other:  _____

Other:  _____

Sincerely,
Clarence Maddox, Clerk of Court

By: _____

Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

299 E.  Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

