

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 24, 2006

MEMORANDUM TO COUNSEL OR PARTIES



**Appeal Number: 04-15567-BB**
Case Style: USA v. Henry Hernandez
District Court Number:  00-06024 CR-PAS


The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.


Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Sewell (404) 335-6171


c: District Court Judge

MDT-4 (12-2005)