# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the fedeal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

> Clerk, United States District Court for the Southern District of Florida
> 301 North Miami Avenue
> Miami, Florida 33132

9. **CAUTION: You must include in this motion <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **<u>CAPITAL CASES:</u> If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| Name (under which you were convicted):<br>HENRY HERNANDEZ | Docket or Case No.:<br>00-6024-CR-SEITZ |
|---|---|
| Place of Confinement:<br>FCI COLEMAN, COLEMAN FLORIDA 33521 | Prisoner No.:<br>63524-004 |
| UNITED STATES OF AMERICA<br><div align="center">V.</div> | Movant (include name under which convicted)<br>HENRY HERNANDEZ |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____

    US DISTRICT CT, SD FLA, 301 North Miami Avenue, Miami Florida 33132

    (b) Criminal docket or case number (if you know): 00-6024-CR-SEITZ

2.  (a) Date of the judgment of conviction (if you know): October 6, 2004

    (b) Date of sentencing: October 6, 2004

3.  Length of sentence: TOTAL 188 MONTHS WITH 3 YRS S/R

4.  Nature of crime (all counts): C21/21 USC 841 PWID

5.  (a) What was your plea? (Check one)

    (1) Not guilty  ☐          (2) Guilty  x          (3) Nolo contendere (no contest)  ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or

    what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)          Jury ☐          Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?       Yes  xx                          No ☐

8.  Did you appeal from the judgment of conviction?        Yes  x              No ☐

9.  If you did appeal, answer the following:
    (a) Name of court:   11th Circuit Court of Appeals
    (b) Docket or case number (if you know):   04-15567
    (c) Result:   denied,, the conviction affirmed
    (d) Date of result (if you know):  July 12, 2005
    (e) Citation to the case (if you know):   citation unknown
    (f) Grounds raised:

    (g) Did you file a petition for certiorari in the United States Supreme Court?       Yes    x          No ☐
        If "Yes," answer the following:
        (1) Docket or case number (if you know):
        (2) Result:   Certiorari denied

        (3) Date of result (if you know):   JANUARY 17, 2006
        (4) Citation to the case (if you know):   05-8133
        (5) Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
     Yes ☐        No  x

11.  If your answer to Question 10 was "Yes," give the following information:
     (a) (1) Name of court:
         (2) Docket or case number (if you know):
         (3) Date of filing (if you know):

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)   If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)   Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:          Yes  x          No ☐

(2)   Second petition:        Yes ☐          No ☐

(d)   If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**GROUND ONE:**  MISAPPREHENSION OF LAW CAUSED INVOLUNTARY PLEA OF GUILT

WHEN COUNSEL AND COURT ADVISED GUIDELINES WERE MANDATORY

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

PLEA WAS INVOLUNTARY WHEN BASED ON COUNSEL ADVICE THAT GUIDELINES WERE

MANDATORY AND DEFENDANT COULD NOT RECEIVE LOWER SENTENCE

PLEASE SEE MEMORANDUM OF LAW ATTACHED

(b)  **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No x☐

(2)  If you did not raise this issue in your direct appeal, explain why:   counsel failed to investigate six

amendment entitlements and was therefore ineffective .

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No x☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

issue: _____

_____

_____

_____

_____


**GROUND TWO:**  COUNSEL FAILED IN INVESTIGATE ENTITLEMENTS UNDER SIXTH AMENDMENT AND

PROVIDED INACCURATE AND INCORRECT ADVICE TO INDUCE PLEA


Please see memorandum of law attached

COUNSEL FAILED TO ASCERTAIN THAT GUIDELINES WERE NOT MANDATORY AND FAILED IN

HIS INVESTIGATION AS TO WHETHER DEFENDANT COULD RECEIVE LOWER SENTENCE AND

NOT SUBJECT TO MANDATORY GUIDELINE SENTENCING

_____

_____

_____

_____

_____

_____


(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

issue: _____

_____

_____

_____

_____

_____

**GROUND THREE:**    DEFENDANT'S GUILTY PLEA WAS BASED ON MISREPRESENTATION BY COUNSEL

✎AO 243 (Rev. 12/04)                                                                                    Page 8

AND THEREFORE HIS PLEA WAS UNCONSTITUTIONALLY INVALID.

COUNSEL INFORMED DEFENDANT THAT HE COULD NOT RECEIVE A LOWER SENTENCE THAN

THE GUIDELINES MANDATED AND BASED ON THIS MISREPRESENTATION, DEFENDANT

PLEADED GUILTY.

Please see memorandum of law attached

**(b) Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No X

(2)  If you did not raise this issue in your direct appeal, explain

COUNSEL WAS IN EFFECTIVE IN VIOLATION OF THE SIXTH AMENDMENT

**(c) Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

_____

_____

_____

_____

. _____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No  x☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

　　　　Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

　　　　Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

　　　　Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

issue: _____

_____

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

All of the grounds listed above have not been previously presented due to ineffective assistance of counsel

and /or subsequent decisions of the US Supreme Court

_____

_____

_____

_____

_____

14.    Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐      No x

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15.    Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a)  At the preliminary hearing:

(b)  At the arraignment and plea:

MARTIN ALAN FIEGENBAUM, 150 W FLAGLER STREET, MIAMI FL 33130

(c)  At the trial:

(d)  At sentencing:

MARTIN ALAN FIEGENBAUM, 150 W FLAGLER STREET, MIAMI FL 33130

(e)  On appeal:

MARTIN ALAN FIEGENBAUM, 150 W FLAGLER STREET, MIAMI FL 33130

(f)  In any post-conviction proceeding:  David Bernstein, 1451 West Cypress Creek Road, Ft Lauderdale Fl

(g)  On appeal from any ruling against you in a post-conviction proceeding:

16.    Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes x      No

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐      No x

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b)  Give the date the other sentence was imposed:

(c)  Give the length of the other sentence:

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐      No x

18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is timely and within one year of denial by the US Supreme Court

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of
the Constitution or laws of the United States is removed, if the movant was prevented from making such
a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered
through the exercise of due diligence.

✎AO 243 (Rev. 12/04)                                                                                                      Page 13

Therefore, movant asks that the Court grant the following relief:    Evidentiary Hearing and Habeas Relief

or any other relief to which movant may be entitled.


DAVID JAY BERNSTEIN
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the POSTAL mailing system          December 26, 2006          .
(month, date, year)


Executed (signed) on  December 26, 2006          (date


for
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
Counsel of record has authorization to sign for incarcerated Client HENRY HERNANDEZ

✎AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**NORTHERN**                    District of                    **IOWA**

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant            ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☐ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.


    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.


3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☐ No
    b.  Rent payments, interest or dividends                   ☐ Yes          ☐ No
    c.  Pensions, annuities or life insurance payments         ☐ Yes          ☐ No
    d.  Disability or workers compensation payments            ☐ Yes          ☐ No
    e.  Gifts or inheritances                                  ☐ Yes          ☐ No
    f.  Any other sources                                      ☐ Yes          ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.    Do you have **any** cash or checking or savings accounts?        ☐ Yes            ☐ No

        If "Yes," state the total amount.   _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes            ☐ No

        If "Yes," describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____        _____
Date                                                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## <u>CERTIFICATE OF INMATE ACCOUNT AND ASSETS</u>

      I certify that the applicant, _____,
I.D. # _____, has the sum of $_____ on account
to his/her credit at the _____
institution where he/she is confined.

      I further certify that the applicant likewise has the following securities to his/her credit
according to the records of said institution:

                 _____
                 _____

      I further certify that, during the last six (6) months, the applicant's average inmate account
balance was $_____, and the past six (6) month average monthly deposit amount to the
inmate account is $_____.

      Signed this _____ day of _____, 20_____.


                            _____
                            Authorized Officer of Institution