UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06024-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HENRY HERNANDEZ,

        Defendant.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** came before the Court upon Defendant's Pro Se Motion for Reconsideration of Order Regarding Reduction of Sentence, (D.E. 110). Having considered the motion, the record and being fully advised in the premises, it is hereby

**ORDERED** that Defendant's Motion for Reconsideration of Order Regarding Reduction of Sentence is **DENIED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 22nd day of December, 2015.

        _____
        PATRICIA A. SEITZ
        UNITED STATES DISTRICT JUDGE

Copied: Henry Hernandez, Pro se
       Marc Osborne, AUSA